APR. 29. 2003 11:40AM    GIBSON DUNN CRUTCHER         NO. 2339    P. 4

| Attorney: | | | |
|---|---|---|---|
| JOHN D. VAN LOBEN SELS, ESQ. | Telephone: (650) 849-5300 | | |
| GIBSON, DUNN & CRUTCHER | | | |
| 1530 Page Mill Road | | | |
| Palo Alto, California 94304 | Ref. No. Or File No: W2303972 | | |
| Attorneys for: FRESENIUS | | | |

**FILED 03 APR 29 PM 3:14**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
FRESENIUS USA, INC., etc.

Defendant:
BAXTER INTERNATIONAL, INC., ETC., et al.

| PROOF OF SERVICE | Date | Time | Dep/Div | Case Number: 03-1431 BZ |
|---|---|---|---|---|

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; NOTICE RGARDING ATTACHMENT OF EXHIBITS TO COMPLAINT FOR DECLRATORY JUDGMENT OF PATENT INVALIDITY AND NONINFRINGEMENT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : BAXTER HEALTHCARE CORPORATION, a Delaware corporation

By Serving       : VIVIAN IMPERIAL, Authorized Agent pf C.T. CORPORATION SYSTEM, Agent for Service of Process

Address          : 818 West 7th Street, Los Angeles, California 90017
Date & Time      : Thursday, April 24, 2003 @ 2:35 p.m.
Witness fees were : Not applicable.


Filed By One Legal

Person serving:
B. Anderson
**Wheels of Justice, Inc.**
55 New Montgomery Street, Suite 828
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 3991
  (3) County: Los Angeles
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 25, 2003          Signature: _____
                                         B. Anderson

Printed on recycled paper

APR 29 2003 11:45                          849 5233          PAGE.04