TOWNSEND AND TOWNSEND AND CREW LLP
Daniel J. Furniss (State Bar No. 73531) djfurniss@townsend.com
Annie M. Rogaski (State Bar No. 184754) amrogaski@townsend.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

BELL, BOYD & LLOYD LLC
Michael J. Abernathy (*pro hac vice*) mabernathy@bellboyd.com
Lisa A. Carroll (*pro hac vice*) lcarroll@bellboyd.com
Michael E. Martinez (*pro hac vice*) mmartinez@bellboyd.com
70 West Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

GARDNER CARTON & DOUGLAS LLP
Patrick J. Kelleher (*pro hac vice*) pkelleher@gcd.com
Mary Elizabeth Brown (*pro hac vice*) mebrown@gcd.com
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 569-1000
Facsimile: (312) 569-3375

BAXTER HEALTHCARE CORPORATION
Joseph P. Reagen (*pro hac vice*) joseph_reagen@baxter.com
One Baxter Parkway
Deerfield, Illinois 60015

Attorneys for Defendants/Counter-Plaintiffs
BAXTER INTERNATIONAL INC.
and BAXTER HEALTHCARE CORPORATION

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FRESENIUS USA, INC., a Massachusetts corporation; and FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation,,

Plaintiffs and Counter-Defendants,

v.

BAXTER INTERNATIONAL INC., a Delaware corporation; and BAXTER HEALTHCARE CORPORATION, a Delaware corporation,,

Defendants and Counter-Plaintiffs.

Case No. C 03-1431 SBA (EDL)

**[~~PROPOSED~~] ORDER GRANTING IN PART BAXTER'S MOTION TO COMPEL PURSUANT TO RULES 37(a) AND 37(b)**

**Magistrate Judge Elizabeth D. Laporte**

The Motion to Compel Pursuant to Rules 37(a) and 37(b) brought by Baxter International Inc. and Baxter Healthcare Corporation ("Baxter") against Fresenius USA, Inc. and Fresenius Medical Care Holdings, Inc. ("Fresenius") came before the Court for argument on January 17, 2006. The Court having considered the materials submitted by the parties and the arguments in open court,

IT IS HEREBY ORDERED:

Baxter's Motion to Compel is GRANTED IN PART and DENIED IN PART as follows:

(1) Fresenius shall produce, in electronic form, a legend showing every "ship to" number that corresponds to each "sold to" number in Fresenius' SAP database. Fresenius shall comply with this portion of this Order on or before March 17, 2006.

(2) Fresenius shall make all reasonable efforts to identify those customers who were consolidated into one "sold to" number and to identify the multiple "sold to" numbers previously associated with each such customer. Fresenius shall advise Baxter of the results of those efforts on or before March 1, 2006.

(3) Fresenius shall produce, in electronic form, a report from Fresenius' SAP database showing the "contract number" associated with each "invoice number" that has appeared in the invoice-level sales data previously produced by Fresenius in this litigation. Fresenius shall comply with this portion of this Order on or before May 8, 2006. Baxter shall reimburse Fresenius for out-of-pocket expenses incurred in complying with this portion of this Order. Fresenius shall inform Baxter of any expected out-of-pocket expenses before incurring them.

(4) Fresenius shall produce all existing pre-April 1999 invoice-level sales data in substantially the same form and with the same searchability features as it exists within Fresenius. Fresenius shall comply with this portion of this Order on or before March 2, 2006.

(5) Fresenius shall provide answers, in writing, to six of the questions appearing on Exhibit 17 of Baxter's Motion to Compel. These six questions shall include the four questions quoted on page 11 of Baxter's Reply Brief and questions No. 3 (beginning "In the databases . . .") and No. 9 (beginning "Explain what products . . .") on Exhibit 17. Fresenius shall comply with this portion of this Order on or before March 3, 2006.

IT IS SO ORDERED.

DATED: March 1, 2006

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Elizabeth D. Laporte
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE ELIZABETH D. LAPORTE
MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT

CH01/ 12459358.3

CERTIFICATE OF SERVICE

The undersigned attorney certifies, under penalty of perjury, as follows:

I am a citizen of the United States and am a partner in the Chicago office of the law firm of Gardner Carton & Douglas. I am over 18 years of age and not a party to this action. My business address is 191 N. Wacker Dr. #3700, Chicago, IL 60606.

On **21 February 2006**, I served the following:

- Proposed Order Granting in Part Baxter's Motion to Compel Pursuant to Rules 37(a) and 37(b)

on the parties or their counsel shown below as follows:

By **electronic delivery** to:

Stuart L. Gasner
David J. Silbert
Khari Tillery
**KEKER & VAN NEST LLP**
710 Sansome Street
San Francisco, CA 94111-1704
slg@kvn.com; djs@kvn.com; kTillery@kvn.com

Todd G. Miller
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA 92130
miller@fr.com

Mathias W. Samuel
**FISH & RICHARDSON P.C.**
60 S. Sixth St. #3300
Minneapolis, MN 55402
samuel@fr.com

Executed on **21 February 2006** at Chicago, IL,

*/s/ Patrick J. Kelleher*
Patrick J. Kelleher