| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | Daniel J. Furniss (State Bar No. 73531)  djfurniss@townsend.com |
| 2 | Annie M. Rogaski (State Bar No. 184754)  amrogaski@townsend.com |
| | 379 Lytton Avenue |
| 3 | Palo Alto, California  94301 |
| | Telephone: (650) 326-2400 |
| 4 | Facsimile: (650) 326-2422 |

BELL, BOYD & LLOYD LLC
Michael J. Abernathy (*pro hac vice*)  mabernathy@bellboyd.com
Lisa A. Carroll (*pro hac vice*)  lcarroll@bellboyd.com
Michael E. Martinez (*pro hac vice*)  mmartinez@bellboyd.com
70 West Madison Street, Suite 3300
Chicago, Illinois  60602
Telephone:  (312) 372-1121
Facsimile:  (312) 827-8000

GARDNER CARTON & DOUGLAS LLP
Patrick J. Kelleher (*pro hac vice*)  pkelleher@gcd.com
Mary Elizabeth Brown (*pro hac vice*)  mebrown@gcd.com
191 North Wacker Drive, Suite 3700
Chicago, Illinois  60606
Telephone:  (312) 569-1000
Facsimile:  (312) 569-3375

BAXTER HEALTHCARE CORPORATION
Joseph P. Reagen (*pro hac vice*)  joseph_reagen@baxter.com
One Baxter Parkway
Deerfield, Illinois  60015

Attorneys for Defendants/Counter-Plaintiffs
BAXTER INTERNATIONAL INC.
and BAXTER HEALTHCARE CORPORATION

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FRESENIUS USA, INC., a Massachusetts corporation; and FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation,<br><br>　　　Plaintiffs/Counter-Defendants,<br><br>　　v.<br><br>BAXTER INTERNATIONAL INC., a Delaware corporation; and BAXTER HEALTHCARE CORPORATION, a Delaware corporation,<br><br>　　　Defendants/Counter-Plaintiffs. | Case No.   C-03-1431 SBA (EDL)<br><br>DECLARATION OF<br>PATRICK KELLEHER<br>IN SUPPORT OF BAXTER<br>DEFENDANTS' MOTION TO BAR<br>FRESENIUS' PROFFERED DAMAGES<br>EXPERT PROFESSOR RUBINFELD<br><br>Hearing Date:　　　　　April 11, 2006<br>Hearing Time:　　　　　　1:00 P.M.<br>Judge:　Hon. Saundra Brown Armstrong<br>Courtroom:　　Courtroom 3, 3rd Floor |

SECOND DECLARATION OF PATRICK KELLEHER IN SUPPORT OF BAXTER DEFENDANT'S' MOTION TO BAR
FRESENIUS' PROFFERED DAMAGES EXPERT PROFESSOR RUBINFELD
Case No. C 03-1431 SBA (EDL)

I, Patrick J. Kelleher, declare:

1. I am a Partner in the law firm of Gardner Carton & Douglas LLP and am one of the attorneys for defendants Baxter International Inc. and Baxter Healthcare Corporation (collectively "Baxter") in this litigation.

2. I have personal knowledge of the facts stated in this Declaration and I gained this knowledge during the course of representing Baxter in this litigation. If called to testify, I would testify as stated herein and in my first Declaration.

3. Attached to this Declaration as Exhibit '1' is a true and correct copy of Professor Daniel Rubinfeld's Expert Rebuttal Report.

4. Attached to this Declaration as Exhibit '2' is a true and correct copy of Professor Rubinfeld's Corrected *curriculum vitae.*

5. Attached to this Declaration as Exhibit '3' is a true and correct copy of production document F044538 cited in Footnote 7 of Prof. Rubinfeld's Report.

6. Attached to this Declaration as Exhibit '4' is a true and correct copy of an excerpt from Fresenius' 510(k) Pre-Market Notification for the 2008K machine.

7. Attached to this Declaration as Exhibit '5' is a true and correct copy of the *2008K Product Launch – Sept. 2000* document identified as Exhibit '69' in the deposition transcript of Christian Schlaeper, Exhibit '6' hereto.

8. Attached to this Declaration as Exhibit '6' is a true and correct copy of an excerpt from the deposition transcript of Christian Schlaeper.

9. Attached to this Declaration as Exhibit '7' is a true and correct copy of an excerpt from a Table showing Fresenius machine sales identified as Exhibit '6' in the deposition transcript of James Brewin, Exhibit '8' hereto.

10. Attached to this Declaration as Exhibit '8' is a true and correct copy of an excerpt from the deposition transcript of James Brewin.

11. Attached to this Declaration as Exhibit '9' is a true and correct copy of an excerpt from Fresenius' 2000 Annual Report.

12. Attached to this Declaration as Exhibit '10' is a true and correct copy of an excerpt from Professor Rubinfeld's textbook *Microeconomics* (6th ed. 2005).

13. Attached to this Declaration as Exhibit '11' is a true and correct copy of *2008K: A Matter of Simplicity* identified as Exhibit '63' in the Christian Schlaeper Deposition, Exhibit '6' hereto.

I declare under penalty of perjury the foregoing is true and correct.

Dated March 7, 2006
Chicago, IL

                                                        */s/ Patrick J. Kelleher*
                                                         Patrick J. Kelleher

CH02/ 22441010.1

2
DECLARATION OF PATRICK KELLEHER IN SUPPORT OF BAXTER DEFENDANTS' MOTION TO BAR FRESENIUS' PROFFERED DAMAGES EXPERT PROFESSOR RUBINFELD
Case No. C 03-1431 SBA (EDL)