# Attachment A

October 2005

Curriculum Vitae

**DANIEL L. RUBINFELD**


**PRESENT POSITIONS**:

    Robert L. Bridges Professor of Law, Professor of Economics,
        University of California, Berkeley, 788 Simon Tower, Boalt Hall,
        Berkeley, California 94720
    Phone: (510) 642-1959
    Fax: Office (510) 642-3767  /  Home (510) 843-9898
    e-mail: rubinfeld@law.berkeley.edu


**ACADEMIC STUDIES**:    Princeton, Mathematics, B.A., June 1967
                                    M.I.T., Economics, M.S., September 1968
                                    M.I.T., Economics, Ph.D., June 1972


**TEACHING EXPERIENCE**:

    Suffolk University, Boston, Massachusetts
        Full-time Economics Instructor, 1968-70
    Wellesley College, Wellesley, Massachusetts
        Full-time Economics Instructor, 1970-71
    University of Michigan, Ann Arbor, Michigan
        Assistant Professor of Economics, 1972-77
        Associate Professor of Economics and Law, 1977-82
        Professor of Economics and Law, 1982-83
        Research Associate, Institute of Public Policy Studies, 1972-82
    University of California, Berkeley, 1983- Present
        Professor of Law and Professor of Economics, 1983-Present
    Stanford University
        Visiting Professor of Law, Spring 1989
    University of Geneva
        Visiting Professor, Spring 1991 (two weeks)
    New York University
        Visiting Professor of Law, Spring 1999, Fall 2000, Fall 2003, Fall 2005
    University of Virginia
        Visiting Professor of Law, Spring 2004 (two weeks)


**OTHER POSITIONS HELD**:

    Research Assistant, William G. Bowen, 1966-67
    Economist, Staff of President's Council of Economic Advisers, Summer 1969
    Research Assistant, Paul A. Samuelson, 1971
    Consultant, M.I.T.- Harvard, Joint Center for Urban Studies, Spring and Summer, 1972

Member, Ann Arbor Rent Control Study Commission, 1973
Consultant, Urban Institute, 1973
Consultant, National Academy of Sciences, Committee on the Costs of Automobile
    Emission Control, Summer 1974
Consultant, National Academy of Sciences, Panel on Statistical Assessments as
    Evidence in the Courts, 1984
Consultant, U.S. Treasury, Program in State and Local Finance, 1984-85
Consultant, National Academy of Sciences, Panel on Taxpayer Compliance, 1985-86
Chair, Program in Law, Economics, & Institutions, UC Berkeley, 1986-97
Member, National Academy of Sciences, Working Panel on Field Experimentation in Criminal Justice,
    1986-87
Consultant, U.S. Consumer Product Safety Commission, The Safety of
    All-Terrain Vehicles, 1987-88
Chair, Program in Jurisprudence and Social Policy, U.C. Berkeley, 1987-1990, 1998-1999
Member, Board of Directors, American Law and Economics Association, 1994-1996, 2001-2003
Secretary-Treasurer, American Law and Economics Association, 2003-2004
Vice President, American Law and Economics Association, 2004-2005
President, American Law and Economics Association, 2005-2006
Consultant and Lecturer, Federal Judicial Center, 1993-97, The Use of Regression
    Analysis by the Courts
Lecturer, Swiss National Bank, Gerzensee, Switzerland, 1995-1997 (Economic Analysis of Law),
    1999 (Antitrust), 2002 (Political Economy of Federalism), 2004 (Antitrust)
Consultant, World Bank (South Africa Mission), 1995-1997
Vice Chair, ABA Section on Antitrust, Committee on Economics, 1997-1999
Deputy Asst. Attorney General, Antitrust Division, U.S. Department of Justice, June 1997-Dec 1998
Consultant, Antitrust Division, 1999 (U.S. v. Microsoft)
Lecturer, U. of Hamburg, May 1999, May 2002 (Law and Statistics)
Lecturer, Federal Trade Commission, June-July, 2003 (Antitrust Economics)

**ACTIVITIES AND HONORS**:
Princeton University, 1967, Magna Cum Laude, Phi Beta Kappa
Woodrow Wilson Fellow, 1967
National Science Foundation Fellowship, 1968-69
National Science Foundation Dissertation Fellowship, 1971-72
Winner, National Tax Association, Outstanding Doctoral Dissertation Award Contest, 1972
Research Fellow, National Bureau of Economic Research, Cambridge, Massachusetts, 1975-76
Editorial Board, <u>Public Finance Quarterly</u>, 1980-2003
Editorial Board, <u>Law and Society Review</u>, 1982-1985, 1989-1999
Advisory Panel, NSF, Program in Law and Social Science, 1982-84
Editorial Board, <u>Evaluation Review</u>, 1985-1987
Faculty Advisory Board, U.C. Berkeley, Ctr for Real Estate and Urban Economics, 1983-97, 2000-
Co-Editor, <u>International Review of Law and Economics</u>, 1987-2003
Lecturer, California Continuing Judicial Studies Program, 1988-1989
Oversight Panel, NSF Program in Law & Social Science, 1988
Board of Directors, LECG, 1995-1997
Board of Directors, Atlas Assets, Inc., 1989-1997, 1999-
Member, Correspondent Comm., Interuniversity Consortium for Political & Social Research, 1991-
Editorial Board, <u>Law and Social Inquiry</u>, 1992-1999, 2002-2004
Fellow, Center for Advanced Study in the Behavioral Sciences, 1992-93
Ida Beam Distinguished Lecturer in Law and Economics, University of Iowa, Spring, 1995
John Simon Guggenheim Fellowship, 1995
Faculty Advisory Board, UC Berkeley, Burch Ctr. for Tax Policy & Public Finance, 1994-97, 1999-

Member, American Academy of Arts and Sciences, 2001-
Advisory Council, Master Program on Law & Economics, Universidad de Buenos Aires, 2003-
Research Associate, Center for Law and Economics, Australian National University, 2003-
Editorial Board, Journal of Australian Economic Education, 2003-
Editorial Board, The Reviews of Law and Economics, 2004-
Fellow, National Bureau of Economic Research, 2004-

**PUBLICATIONS**:

Books

1. STATISTICAL ANALYSIS OF ECONOMIC AND FINANCIAL DATA, Dynamics Associates, Cambridge, 1971. Revised Edition, 1974.

2. ECONOMETRIC MODELS AND ECONOMIC FORECASTS (with Robert S. Pindyck), McGraw-Hill, January 1976. Second Edition, 1981. Spanish, Japanese, and Chinese versions available. Third edition, 1990, Fourth edition, 1998.

3. ESSAYS ON THE LAW AND ECONOMICS OF LOCAL GOVERNMENTS (Editor) COUPE Papers on Public Economics, Urban Institute, December 1979.

4. AMERICAN DOMESTIC PRIORITIES: AN ECONOMIC APPRAISAL (Co-editor with John M. Quigley), University of California Press, 1985.

5. MICROECONOMICS (with Robert S. Pindyck), MacMillan, 1989, Second Edition, 1992, Italian, Spanish, and Russian editions available, Third Edition, 1995, Portuguese editions available; Fourth edition, 1998, Chinese edition available; Fifth edition, 2000, Uzbek, Indonesian, German, Korean editions available), Sixth Edition, 2004.

6. DID MICROSOFT HARM CONSUMERS: TWO OPPOSING VIEWS (with David S. Evans, Franklin M. Fisher, and Richard L. Schmalensee), AEI-Brookings Joint Center for Regulatory Studies, 2000.

7. ECONOMETRICS: LEGAL, PRACTICAL, AND TECHNICAL ISSUES (Co-editor with John Harkrider), ABA Antitrust Section, 2005.

Journal Articles

1. "Credit Ratings and the Market for General Obligation Municipal Bonds," National Tax Journal, March 1973, pp. 17-27.

2. "The Determination of Equalized Valuation: A Massachusetts Case Study," Public Finance Quarterly, April 1975, pp. 153-161.

3. "Voting in a Local School Election: A Micro Analysis," Review of Economics and Statistics, February 1977, pp. 30-42.

4. "Suburban Employment and Zoning: A General Equilibrium Analysis," Journal of Regional Science, March 1978, pp. 33-44.

5. "Hedonic Housing Prices and the Demand for Clean Air" (with David Harrison, Jr.), Journal of

<ol start="6">
<li style="list-style: none">
<ol start="6">
<li>Environmental Economics and Management, March 1978, pp. 81-102.</li>
<li>"The Long-Run Effects of a Residential Property Tax and Local Public Services" (with A. Mitchell Polinsky), Journal of Urban Economics, April 1978, pp. 24l-262, reprinted in John M Quigley, ed., THE ECONOMICS OF HOUSING, Edward Elgar, 1997.</li>
<li>"On the Measurement of Benefits in an Urban Context:  Some General Equilibrium Issues" (with Paul N. Courant), Journal of Urban Economics, June 1978, pp. 346-356.</li>
<li>"The Air Pollution and Property Value Debate: Some Empirical Evidence" (with David Harrison, Jr.), Review of Economics and Statistics, November 1978, pp. 635-638.</li>
<li>"The Distribution of Benefits from Improvements in Urban Air Quality" (with David Harrison, Jr.), Journal of Environmental Economics and Management, December 1978, pp. 313-332.</li>
<li>"Tax Limitation and the Demand for Public Services in Michigan" (with Paul N. Courant and Edward M. Gramlich), National Tax Journal, Supplement, June 1979, pp. 147-157.</li>
<li>"Public Employee Market Power and the Level of Government Spending" (with Paul N. Courant and Edward M. Gramlich), American Economic Review, December 1979, pp. 806-817.  Reprinted in W. Patrick Beaton (ed.) MUNICIPAL EXPENDITURES REVENUES AND SERVICES (New Brunswick:  Rutgers University, 1983) pp. l80-202.</li>
<li>"Why Voters Support Tax Limitation Amendments: The Michigan Case" (with Paul N. Courant and Edward M. Gramlich), National Tax Journal, March 1980, pp. l-20.  Also in TAX AND EXPENDITURE LIMITATIONS  (H. Ladd and N. Tideman, editors), COUPE Papers on Public Economics, Urban Institute, 198l, pp. 37-72.</li>
<li>"On the Economics of Voter Turnout in Local School Elections," Public Choice, Fall 1980, pp. 315-331.</li>
<li>"Why Voters Turn Out for Tax Limitation Votes" (with Edward M. Gramlich and Deborah Swift), National Tax Journal, March 1981, pp. 115-124.</li>
<li>"On the Welfare Effects of Tax Limitation" (with Paul N. Courant), Journal of Public Economics, December 198l, pp. 289-316.</li>
<li>"Multiple Regression with a Qualitative Dependent Variable," Journal of Economics and Business, January 1982, pp. 67-78.</li>
<li>"Micro Estimates of Public Spending Demand Functions and Tests of the Tiebout and Median Voter Hypotheses" (with Edward M. Gramlich), Journal of Political Economy, June 1982, pp. 536-560.</li>
<li>"The Dynamics of the Legal Process" (with Lawrence Blume), Journal of Legal Studies, June 1982, pp. 405-421.</li>
<li>"Voting on Public Spending: Differences between Public Employees, Transfer Recipients, and Private Workers" (with Edward M. Gramlich), Journal of Policy Analysis and Management, Summer 1982, pp. 516-533.  Reprinted in PROBLEMI DI AMMINISTRAZIONE PUBBLICA, No. 2/1983, pp. 55-88.</li>
<li>"Micro-Based Estimates of Demand Functions for Local School Expenditures" (with Theodore C. Bergstrom and Perry Shapiro), Econometrica, November 1982, pp. 1183-1205.</li>
</ol>
</li>
</ol>

21.  "The Distributional Impact of Statewide Property Tax Relief: The Michigan Case" (with Michael Wolkoff), <u>Public Finance Quarterly</u>, April 1983, pp. 131-153.

22.  "The Taking of Land: When Should Compensation Be Paid?" (with Lawrence Blume and Perry Shapiro), <u>Quarterly Journal of Economics</u>, February 1984, pp. 71-92.

23.  "On Determining the Optimal Magnitude and Length of Liability In Torts," <u>Journal of Legal Studies</u>, August 1984, pp. 551-563.

24.  "Budget Reform and the Theory of Federalism" (with John Quigley), <u>American Economic Review</u>, May 1986, pp. 132-137.

25.  "The Efficiency of Comparative Negligence," <u>Journal of Legal Studies</u>, June 1987, pp. 375-394.

26.  "Tax Reform: Implications for the State-Local Public Sector" (with Paul Courant), <u>Journal of Economic Perspectives</u>, Summer, 1987, pp. 87-100.  Reprinted in Samuel Baker and Catherine Elliot (eds.) READINGS IN PUBLIC SECTOR ECONOMICS (Lexington, Massachusetts:  D.C. Heath and Company, 1990) pp. 585-507.

27.  "Efficient Awards and Standards of Proof in Judicial Proceedings (with David Sappington), <u>Rand Journal</u>, Summer 1987, pp. 308-315.

28.  "Tiebout Bias and the Demand for Local Public Schooling" (with Perry Shapiro and Judith Roberts), <u>Review of Economics and Statistics</u>, August 1987, pp. 426-437.

29.  "The Welfare Implications of Costly Litigation for the Level of Liability" (with A.M. Polinsky), <u>Journal of Legal Studies</u>, January 1988, pp. 151-164.

30.  "A Test for Efficiency in the Supply of Public Education" (with Theodore Bergstrom, Perry Shapiro and Judith Roberts), <u>Journal of Public Economics</u>, April 1988, pp. 289-307.

31.  "Robbing Peter to Pay Peter:  The Economics of Local Public Residency Requirements" (with Paul N. Courant), <u>Journal of Urban Economics</u>, May 1988, pp. 291-306.

32.  "The Deterrent Effect of Settlements and Trials" (with A.M. Polinsky), <u>International Review of Law and Economics</u>, June 1988, pp. 109-117.

33.  "Micro-Estimation of the Demand for Schooling:  Evidence from Michigan and Massachusetts" (with Perry Shapiro), <u>Regional Science and Urban Economics</u>, January 1989, pp. 381-398.

34.  "Unobservables in Consumer Choice: Residential Energy and the Demand for Comfort" (with John Quigley), <u>Review of Economics and Statistics</u>, August 1989, pp. 416-425.

35.  "Economic Analysis of Legal Disputes and their Resolution" (with Robert Cooter), <u>Journal of Economic Literature</u>, September, 1989, pp. 1067-1097. Reprinted in Richard Posner and Francesco Parisi, eds., <u>Economic Foundations of Private Law</u>, Edward Elgar Publishing, 2002.

36.  "A Note on Optimal Public Enforcement with Settlements and Litigation Costs" (with A.M. Polinsky), <u>Research in Law and Economics</u>, 1989, pp. 1-8.

37.  "Trial Courts:  An Economic Perspective" (with Robert D. Cooter), <u>Law and Society Review</u>, 1990,

pp. 2501-2514.

38. "A Model of Optimal Fines for Repeat Offenders" (with A. Mitchell Polinsky), <u>Journal of Public Economics</u>, September, 1991, pp. 291-306. Reprinted in Peder Andersen, Vibeke Jensen and Jorgen Birk Mortensen, eds., <u>Governance by Legal and Economic Measures</u>, Copenhagen, G-E-C Gad Publishers, 1993, pp. 33-52.

39. "Statistical and Demographic Issues Underlying Voting Rights Cases," <u>Evaluation Review</u>, December, 1991, pp. 659-672.

40. "Private Guarantees for Municipal Bonds: Evidence from the Aftermarket" (with John M. Quigley), <u>National Tax Journal</u>, December 1991, pp. 29-39.

41. "Fiscal Federalism in Europe: Lessons from the American Experience" (with Robert P. Inman), <u>European Economic Review</u>, 1992, pp. 654-660.

42. "Evaluating the Injury Risk Associated with All-Terrain Vehicles: An Application of Bayes' Rule" (with Gregory B. Rodgers), <u>Journal of Risk and Uncertainty</u>, May 1992, pp. 145-158.

43. "Contingent Fees for Attorneys: An Economic Analysis," (with Suzanne Scotchmer), <u>Rand Journal</u>, Autumn, 1993, pp. 343-356.

44. "An Economic Model of Legal Discovery" (with Robert Cooter), <u>Journal of Legal Studies</u>, January, 1994, pp. 435-463.

45. "The EMU and Fiscal Policy in the New European Community: An Issue for Economic Federalism" (with Robert Inman), <u>International Review of Law and Economics</u>, June, 1994, pp. 147-161.

46. "Designing Tax Policy in Federalist Economies: An Overview," (with Robert P. Inman), <u>Journal of Public Economics</u>, 60, 1996, pp. 307-334.

47. "Antitrust Settlements and Trial Outcomes," (with Jeffrey M. Perloff and Paul Ruud), <u>Review of Economics and Statistics</u>, 1996, pp. 401-409.

48. "Optimal Awards and Penalties when the Probability of Prevailing Varies Among Plaintiffs," (with A. Mitchell Polinsky), <u>Rand Journal</u>, 27, 1996, pp. 269-280.

49. "Federalism and Reductions in the Federal Budget," (with John M. Quigley), <u>National Tax Journal</u>, 49, 1996, pp. 289-302.

50. "Rethinking Federalism," (with Robert P. Inman), <u>Journal of Economic Perspectives</u>, 11 (Fall 1997), pp. 43-64.

51. "Does the English Rule Discourage Low-Probability-of-Prevailing Plaintiffs?" (with A. Mitchell Polinsky), <u>Journal of Legal Studies</u>, June 1998, pp. 519-534.

52. "Antitrust Enforcement in Dynamic Network Industries," The <u>Antitrust Bulletin</u>, Fall-Winter 1998, pp. 859-882. (Translated as "Wettbewerb, Innovation und die Durchsetzung des Kartellrechts in dynamischen, vernetzeten Industrien," in <u>GRUR International Gewerblicher Rechtsschutz und Urheberrecht Internationaler Teil</u>, Heft 6, 1999).

53. "Empirical Methods in Antitrust: Review and Evidence," (with Jonathan B. Baker), <u>American Law and Economics Review</u>, Fall, 1999, pp. 386-435.

54. "The Primestar Acquisition of the News Corp./MCI Direct Broadcast Satellite Assets," <u>Review of Industrial Organization</u>, Vol. 16, No. 2, March, 2000, pp. 191-209.

55. "Market Definition with Differentiated Products: The Post-Nabisco Cereal Merger," <u>Antitrust Law Journal</u>, Vol. 68, No. 1, 2000, pp. 163-185.  (Reprinted in Global Competition Policy: Economic Issues & Impacts, David S. Evans and A. Jorge Padilla, eds., LECG, 2004)

56. "Structuring Intergovernmental Grants to Local Governments: Lessons From South Africa," <u>Constitutional Political Economy</u>, Vol. 12, 2001, pp. 173-187.

57. "Can We Decentralize Our Unemployment Policies?  Evidence from the United States" (with Robert Inman), <u>Kyklos</u>, March 2001, vol. 54, pp. 287-308.

58. "U.S. v. Microsoft - An Economic Analysis" (with Franklin M. Fisher), <u>The Antitrust Bulletin</u>, Spring 2001, pp. 1-69.

59. "Vertical Foreclosure in Broadband Access" (with Hal J. Singer) <u>Journal of Industrial Economics</u>, September, 2001, vol. 49, pp. 299-318.

60. "Merger Simulation: A Simplified Approach with New Applications" (with Roy Epstein), <u>Antitrust Law Journal</u>, Volume 69, No. 3, December 2001, pp. 883-919.

61. "A Note on Settlements under the Contingent Fee Method of Compensating Lawyers" (with A. Mitchell Polinsky), <u>International Review of Law and Economics</u>, Volume 22, No. 2, pp. 217-225.

62. "Aligning the Interests of Lawyers and Clients" (with A. Mitchell Polinsky), <u>American Law and Economics Review</u>, Volume 5, No. 1, Spring 2003, pp. 165-188.

63. "Merger Simulation with Brand-Level Margin Data: Extending PCAIDS with Nests" (with Roy Epstein), <u>Advances in Economic Analysis & Policy</u>: Vol. 4: No. 1, Article 2, Berkeley Electronic Press, March 2004.

64. "Exclusion or Efficient Pricing? The "Big Deal" Bundling of Academic Journals" (with Aaron S. Edlin), <u>Antitrust Law Journal</u>, Volume 72, No. 1, August 2004, pp. 128-159.

65. "Federalism and the Democratic Transition: Lessons from South Africa" (with Robert P. Inman), <u>American Economic Review</u>, September, 2005, forthcoming.

66. "The Bundling of Academic Journals" (with Aaron S. Edlin), <u>American Economic Review</u>, September, 2005, forthcoming.

67. "Academic Journal Pricing and the Demand of Libraries" (with Aviv Nevo and Mark McCabe), <u>American Economic Review</u>, September, 2005, forthcoming.

<u>Law Review Articles</u>

1. "The Judicial Pursuit of Local Fiscal Equity" (with Robert Inman), <u>Harvard Law Review</u>, June 1979, pp. 1662-1750.

2. "Quantitative Analysis in Antitrust Litigation" (with Peter Steiner), <u>Law and Contemporary Problems</u>,

      Autumn 1983, pp. 69-141.

3. "Compensation for Takings: An Economic Analysis" (with Lawrence Blume), <u>California Law Review</u>, July, 1984, pp. 569-628. Also in Austin Jaffe (ed.) RESEARCH IN LAW AND ECONOMICS, Volume 10, 1987, pp. 53-103 and Kenneth G. Dau-Schmidt and Thomas S. Ulen (eds.), LAW AND ECONOMICS ANTHOLOGY, 1988, PP. 226-234.

4. "Econometrics in the Courtroom," <u>Columbia Law Review</u>, Volume 85, June 1985, pp. 1048-1097.

5. "The Assignment of Temporary Justices in the California Supreme Court" (with Stephen Barnett), <u>Pacific Law Journal</u>, July 1986, pp. 1045-1197.

6. "Regulatory Takings: The Case of Mobile Home Rent Control," <u>Chicago Kent Law Review</u>, Vol. 67, No. 3, Fall, 1992, pp. 923-929.

7. "Sanctioning Frivolous Suits: An Economic Analysis" (with A. Mitchell Polinsky), <u>Georgetown Law Journal</u>, Vol. 82, No. 2, December, 1993, 397-435. (translated as "Liti Temerarie E Sanzioni Giudiziarie: Un'Analisi Economica", 14 <u>Rivista Critica del Diritto Privato</u> (1996)).

8. "Reforming the New Discovery Rules" (with Robert Cooter), <u>Georgetown Law Journal</u>, Vol. 84, No. 1, November 1995, pp. 61-89.

9. "Making Sense of the Antitrust State Action Doctrine: Balancing Political Participation and Economics Efficiency in Regulatory Federalism" (with Robert Inman), <u>Texas Law Review</u>, Vol. 75, May 1997, pp. 1203-1299.

10. "On Federalism and Economic Development," <u>Virginia Law Review</u>, Vol. 83, No. 7, October 1997, pp. 1581-1592.

11. "Open Access to Broadband Networks: A Case Study of the AOL-Time Warner Merger" (with Hal J. Singer), <u>Berkeley Technology Law Journal</u>, Vol. 16, No. 2, Spring 2001, pp. 631-675.

12. "3M's Bundled Rebates: An Economic Perspective," <u>Chicago Law Review</u>, Vol. 72, 2005, pp. 243-264.


Articles in Books

1. "Credit Ratings, Bond Defaults, and Municipal Borrowing Costs: A New England Study," 1972 PROCEEDINGS OF THE SIXTY-FIFTH ANNUAL CONFERENCE ON TAXATION, National Tax Association, 1972, pp. 331-350.

2. "Property Taxation, Full Valuation, and the Reform of Educational Finance in Massachusetts," in PROPERTY TAXATION AND THE FINANCE OF EDUCATION, Committee on Taxation, Resources and Economic Development (University of Wisconsin Press), 1974, pp. l89-20l.

3. "Property Values and the Benefits of Environmental Improvements: Theory and Measurement" (with A. Mitchell Polinsky), in Wingo and Evans, eds., PUBLIC POLICY AND THE QUALITY OF LIFE IN CITIES (Johns Hopkins Press for Resources for the Future), 1977, pp. l54-l80.

4. "Market Approaches to the Measurement of the Benefits of Air Pollution Abatement," in Ann Friedlaender, ed., APPROACHES TO CONTROLLING AIR POLLUTION (M.I.T. Press), 1978, pp. 240-279.

5. "Judicial Approaches to Local Public-Sector Equity: An Economic Analysis," in Peter Mieszkowski and Mahlon Straszheim, eds., CURRENT ISSUES IN URBAN ECONOMICS (Johns Hopkins Press), 1979, pp. 542-576.

6. "The Stimulative Effects of Intergovernmental Grants: Or Why Money Sticks Where it Hits" (with Paul N. Courant and Edward M. Gramlich), in Peter Miezkowski and William Oakland, eds., FISCAL FEDERALISM AND GRANTS-IN-AID, COUPE Papers on Public Economics, Urban Institute, 1979, pp. 5-21.

7. "On Super-rationality and the School Voting Process," in Clifford Russell, ed., COLLECTIVE DECISION-MAKING (Johns Hopkins Press), 1979, pp. 75-82.

8. "Property Tax Reduction in Michigan" (with Robert Vishny) in H. Brazer and D. Laren, eds., MICHIGAN'S FISCAL AND ECONOMIC STRUCTURE (University of Michigan Press), 1982, pp. 530-560.

9. "Tax Assignment and Revenue Sharing in the United States," in R. Mathews and C. McLure, eds., TAX ASSIGNMENT IN FEDERAL COUNTRIES, (Australian National Univ. Press), 1983, pp. 205-33.

10. "Residential Choice and the Demand for Public Education: Estimation Using Survey Data" (with Perry Shapiro and Judith Roberts), in H. Timmermans and R. Golledge, eds., BEHAVIOR MODELLING APPROACHES IN GEOGRAPHY AND PLANNING, (Croom Helm), 1986, pp. 179-197.

11. "Local Public Economics: A Methodological Review," in A. Auerbach and M. Feldstein, eds., HANDBOOK OF PUBLIC ECONOMICS, Volume II, 1987, pp. 87-161.

12. "Settlements in Private Antitrust Litigation" (with Jeffrey Perloff) in L. White (ed.), PRIVATE ANTITRUST LITIGATION, M.I.T. Press, 1988, pp. 149-184.

13. "A Federalist Fiscal Constitution for an Imperfect World: Lessons from the United States," in H. N. Scheiber (ed.) FEDERALISM, STUDIES IN HISTORY, LAW, AND POLICY, Institute of Governmental Studies, U. C. Berkeley, 1988, pp. 76-92.

14. "Public Choices in Public Higher Education," (with John Quigley) in Charles Clotfelter and Michael Rothschild, eds. THE ECONOMICS OF HIGHER EDUCATION, National Bureau of Economic Research, 1993, pp. 243-283.

15. "European Labor Markets: The Eastern Dimension" (with Jasminka Sohinger) in W. Dickens, B. Eichengreen, and L. Ulman (eds.) LABOR RESPONSES TO EUROPEAN INTEGRATION, Brookings Institution, 1993, pp. 271-286.

16. "Reference Guide on Multiple Regression," in Federal Judicial Center, REFERENCE MANUAL ON SCIENTIFIC EVIDENCE, 1994, pp. 415-470, Second Edition, 2000, pp.179-227. (available at http://www.fjc.gov/public/pdf.nsf/lookup/11.mult_reg.pdf/$File/11.mult_reg.pdf).

17. "California Fiscal Federalism: A School Finance Perspective," in B. Cain and R. Noll (eds.), CONSTITUTIONAL REFORM IN CALIFORNIA, Institute of Governmental Studies, UC Berkeley, 1995, pp. 431-453.

18. "The Political Economy of Federalism," (with Robert Inman), in D. Mueller (ed.), PERSPECTIVES ON PUBLIC CHOICE, Cambridge University Press, New York, 1997, pp. 73-105.

19. "Federalism as a Device for Reducing the Budget of the Central Government,"(with John M. Quigley), in FISCAL POLICY: LESSONS FROM ECONOMIC RESEARCH, Alan Auerbach (ed.), M.I.T. Press, 1997.

20. "Guide to Multiple Regression," in Faigman, Kaye, Saks, and Sanders (ed.), MODERN SCIENTIFIC EVIDENCE: THE LAW AND SCIENCE OF EXPERT TESTIMONY, West Publishing Co., St. Paul, Minn., 1997, Vol. 1, pp. 147-183, second edition, forthcoming.

21. "Discovery", in THE NEW PALGRAVE DICTIONARY OF ECONOMICS AND THE LAW, Peter Newman (ed.), MacMillian Reference Ltd. 1998, pp. 609-615.

22. "Contingent Fees" (with Suzanne Scotchmer), in THE NEW PALGRAVE DICTIONARY OF ECONOMICS AND THE LAW, Peter Newman (ed.), MacMillian Reference, Ltd., 1998, pp. 415-420.

23. "Federalism," (with Robert Inman), in THE ENCYCLOPEDIA OF LAW AND ECONOMICS, Boudewijn Bouchaert and Gerrit DeGeest, editors, 2000, Volume V, pp. 661-691, available on-line at http://encyclo.findlaw.com.

24. "Subsidiarity and the European Union" (with Robert Inman), in THE NEW PALGRAVE DICTIONARY OF ECONOMICS AND LAW, Peter Newman (ed.), MacMillian Reference Ltd., 1998, pp. 545-551.

25. "United States v. Microsoft: An Economic Analysis" (with Franklin M. Fisher), pp. 1-44, and "Misconceptions, Misdirections, and Mistakes," pp. 87-96, in Evans, Fisher, Rubinfeld, and Schmalensee, DID MICROSOFT HARM CONSUMERS?  TWO OPPOSING VIEWS, AEI-Brookings Joint Center for Regulatory Studies, 2000.  An updated and revised version appears in Antitrust Bulletin, Spring, 2001.

26. "Antitrust Policy," *International Encyclopedia of the Social and Behavioral Sciences,* www.iesbs.com.

27. "Ensuring Fair and Efficient Access to the Telecommunications 'Bottleneck',"(with Robert Majure), in Claus-Dieter Ehlermann and Louisa Gosling (eds.), THIRD COMPETITION LAW ANNUAL 1998: Regulating Telecommunications (Hart Publishing: Oxford).

28. "Innovation and Antitrust Enforcement,"(with John Hoven),in Jerry Ellig, ed., DYNAMIC COMPETITION AND PUBLIC POLICY: TECHNOLOGY, INNOVATION, AND ANTITRUST ISSUES*,* (New York: Cambridge), 2001, pp. 65-94.

29. Access Remedies in High Technology Antitrust Cases," in Francois Leveque and Howard Shelanski, eds., MERGER REMEDIES IN AMERICAN AND EUROPEAN COMPETITION LAW*,* 2003 (Cheltenham, U.K.: Edward Elgar), pp. 137-171.

30. Maintenance of Monopoly: *U.S. v. Microsoft*," in John E. Kwoka. Jr.  and Lawrence J. White, eds., THE ANTITRUST REVOLUTION, 4th Edition, 2004 (New York: Oxford University Press), pp. 476-501.

Other

1. "Urban Land Values:  Theoretical and Empirical Essays," Joint Center of Urban Studies, M.I.T./Harvard, September 1972, pp. l-7l.

2. "What Do Tax Limitation Votes Mean" (with Paul N. Courant and Edward M. Gramlich), in <u>Law Quadrangle Notes</u>, University of Michigan Law School, Spring 1982, pp. 24-28.

3. Book Review, "Studies in State-Local Public Finance," (Harvey Rosen, ed.), <u>Journal of Economic Literature</u>, December 1987, pp. 1882-1883.

4. Book Review, "America's Ailing Cities:  Fiscal Health and the  Design of Urban Policy," (Helen F. Ladd and John Yinger), <u>Journal of Economic Literature</u>, December 1990, pp. 30-32.

5. Comments on Scotchmer, "Public Goods and the Invisible Hand," in John M. Quigley and Eugene Smolensky (eds.), MODERN PUBLIC FINANCE (Harvard University Press) 1994, pp. 120-125.

6. "The Political Economy of Federalist Institutions,"  (with Robert Inman), draft, February 1993.

7. "Mergers and Other Competition Policy Issues in Banking," (with George Rozanski), Appendix to "Enhancing the Role of Competition in the Regulation of Banks -- United States," a note submitted to the Directorate for Financial, Fiscal and Enterprise Affairs, Committee on Competition Law and Policy, Organisation for Economic Cooperation and Development, February, 1998.

8. Comment, "Product and Stock Market Responses to Automotive Product Liability Verdicts," by Steven Garber and John Adams, *Brookings Papers on Economic Activity / Microeconomics 1998*, Washington DC: Brookings Institution.

9. Declaration before the FCC in the Matter of Applications for Consent to the Transfer of Control of Licenses MediaOne Group, Inc., Transferor to AT&T Corp., Transferee (with J. Gregory Sidak), August 23, 1999 (re: broadband internet access).

10. Affidavit to FCC In re Consolidated Application of EchoStar Communications Corporation, General Motors Corporation, Hughes Electronics Corporation, Transferors, and EchoStar Communications Corporation, Transferee, for Authority to Transfer Control, February 4, 2002 (re: direct broadcast satellite competition and the market for multi-channel video distribution).

11. *State of New York, et. al. v. Microsoft*, Amicus Brief (with Timothy Bresnahan, Richard J. Gilbert, George Hay, Bruce Owen, and Lawrence J. White), June 2002.

12. "Subsidiarity, Governance, and EU Economic Policy," (with Robert P. Inman), CESifoForum, Volume 3, No. 4, Winter, 2002, pp. 3-11, www.cesifo.de.

13. Amici Curiae Submission to the U.S. Supreme Court in Support of Petition for Certiorari in *Conwood Co. v. U.S. Tobacco, Co.* concerning the admissibility of statistical evidence (with Stephen Fienberg, Franklin Fisher, and Daniel McFadden), Nov. 20, 2002.

14. "Remedies for Price Overcharges: The Deadweight Loss of Coupons and Discounts," (with A. Mitchell Polinsky), draft, November 2003.

*15.* "Empirical Study of the Civil Justice System" (with Daniel P. Kessler), NBER Working Paper 10825,

forthcoming in Polinsky and Shavell (eds.), *Handbook of Law and Economics.*

16. "The State of Antitrust Enforcement - 2004" (co-authored)," ABA Antitrust Section Task Force.

17. "Effects of Mergers with Differentiated Products (with Roy J. Epstein), EU Competition Directorate, October 7, 2004, available at http://europa.eu.int/comm/competition/mergers/others/.

Selected Deposition and Trial Experience:

**Daniel L. Rubinfeld**

**Reading International, Inc., Citadel Cinemas, Inc., and Village East Limited Partnership v. Regal Entertainment Group**, 2005, Deposition (Federal District Court, Southern District of New York)

**Lek Pharmaceuticals D.D., et al. v. Glaxosmithkline PLC., et al.**, 2004, 2005, Depositions (Federal District Court, Eastern District of Virginia)

**Bradburn Parent/Teacher Store, Inc. v. 3M (Minnesota Mining and Manufacturing Company)**, 2003, Deposition, Testimony at Class Certification Hearing (Federal District Court, Eastern District of Pennsylvania)

**In the matter of: Certain Coamoxiclav Products, Potassium Clavulanate Products and other Products Derived from Clavulanic Acid**, 2003, Deposition (International Trade Commission)

**Lenscrafters, Inc., v. Fredia Wadley, et al. consolidated with U.S. Vision, Cole Vision, and National Association of Optometrists and Opticians v. Fredia Wadley et al.**, 2002, Deposition (Federal District Court, Middle District of Tennessee)

**Ticketmaster Corporation, et al., v. Tickets.com, Inc.,** 2002, Deposition (Federal District Court, Central District of California)

**In re Cigarette Antitrust Litigation**, 2002, Deposition (Federal District Court, Northern District of Georgia)

**In re Terazosin Hydrochloride Antitrust Litigation**, 2002-2004, Depositions (Federal District Court, Southern Division of Florida)

**Plaintiffs v. Riso, Inc, RPSI, et. al.**, 2001, Deposition (Federal District Court, Northern District of California)

**Yamaha v. Bombardier**, 2001, Deposition, Trial Testimony (International Trade Commission)

**Republic Tobacco, L.P. v. North Atlantic Trading Company, et al.**, 2001, Depositions (Federal District Court, Northern District of Illinois)

**University of Colorado Foundation, Inc. v. American Cyanamid Company**, 2000, Deposition, Trial Testimony (Federal District Court, Eastern District of Colorado)

**In re Polypropylene Carpet Antitrust Litigation**, 1999-2000, Depositions, Testimony at Daubert Hearing (Federal District Court, Northern District of Georgia).

**Bell Atlantic vs. Airtouch**, 1999, Deposition (Federal District Court, Northern District of California)

**PBTC and Neon v. BMC**, 1999, Depositions (State Court, Houston, Texas)

**Moviefone v. PacerCats**, 1997, Arbitration Testimony (American Arbitration Association, New York)

**In re American Honda Motor Co., Inc., Dealership Relations Litigation,** 1997 Deposition (Federal District Court, Maryland)

**AMD v. Hyundai**, 1996, Deposition (Federal District Court, Northern District of California)

**In re Brand Name Prescription Drugs Antitrust Litigation**, 1996, Deposition (Federal District Court, Northern District of Illinois)

**Northwest Airlines v. American Airlines**, 1996, Depositions (Federal District Court, Minnesota)

**Coors v. Miller Brewing Co.**, 1996, Deposition (Federal District Court)

**Optiva v. Teledyne**, 1996, Deposition (Federal District Court, Northern District of California)

**State of New York v. Kraft General Foods**, 1996, Depositions, Trial Testimony (Federal District Court, Southern District of New York)

**Internal Revenue Service v. American Stores**, 1995, Trial Testimony (U.S. Tax Court, Northern District of California)

**Williams v. Kaiser Sand and Gravel, Gonsalves v. Kaiser Sand and Gravel**, 1995, Deposition (Superior Court of California, County of Sonoma)

**Californians for Population Stabilization v. Tata Sons Limited, et al.**, 1994, Deposition, Trial Testimony, (Superior Court of California, County of Santa Clara).

**McGovern v. Bunnell**, 1994, Deposition (Superior Court of California, County of San Francisco)

**DSI v. EIS**, 1994, Deposition, Trial Testimony (Federal District Court, Washington)

**Centigram v. VMX, Dytel**, 1994, Deposition (Federal District Court, Northern District of California)

**McAlinn v. HCC, Compex Service, Inc., and Compex Systems, Inc.,** 1993, Deposition (Federal District Court, Northern District of California)

**Dart v. Franchise Tax Board of California**, 1993, Deposition (Attorney General's Office, State of California),

**Anderson, et al. v. Texaco Refining & Marketing Inc., et al.**, 1993, Deposition. Trial Testimony (Superior Court of California, County of San Diego)

**City of Long Beach v. Unocal California Pipeline**, 1992, Hearing before the California Public Utilities Commission, Trial Testimony

**EP Technologies, Inc. v. Cardiorhythm**, 1992, Deposition (Federal District Court, Northern District of California)

**City of Long Beach v. Exxon**, 1992, Deposition, Trial Testimony (Federal District Court, Southern District of California)

**Micro Motion v. Exac**, 1991, Deposition, Trial Testimony (Federal District Court, Northern District of California)

**Apple v. Microsoft**, 1991, Deposition (Federal District Court, Northern District of California)

**ATL v. Acuson**, 1990, Testimony at Arbitration Hearing (Superior Court of California, County of Los Angeles)

**Continental v. American Airlines,** 1989, Deposition (Federal District Court, Southern District of California)

**Prosser and Gordon v. Continental Baking Co.** 1989, Depositions, Trial Testimony (Federal District Court, Northern District of California)

**Modine v. Allen**, 1988, Trial Testimony (Federal District Court, Northern District of California)

**Superior Beverage Company, Inc. v. Owens-Illinois, Inc. et al.**, 1987, Court-appointed Expert Report, Testimony (U.S. District Court, Northern District of Illinois)

**United Firefighters of Los Angeles and Los Angeles Police Protection League, et. al., v. City of Los Angeles**, 1986 (Superior Court of California, County of Los Angeles)

**Oahu Gas v. Pacific Resources, Inc.**, 1985, Deposition, Trial Testimony (Federal District Court, Hawaii)

**Stripper Well Exemption Litigation**, 1984, Testimony at Dept. of Energy Hearing (Federal District Court, Kansas)

**Serrano v. Priest**, 1982, Deposition, Trial Testimony (Superior Court of California, County of Los Angeles)