
5 0628 01189274 9

NATIONAL EDITION

# Microeconomics

### SIXTH EDITION



# ROBERT S. PINDYCK
# DANIEL L. RUBINFELD

# Microeconomics

Sixth Edition

**Robert S. Pindyck**
*Massachusetts Institute of Technology*

**Daniel L. Rubinfeld**
*University of California, Berkeley*



PEARSON
Prentice
Hall

Pearson Education International

**AVP/Executive Editor:** David Alexander
**Project Manager:** Marie McHale
**Senior Developmental Editor:** Ron Librach
**Marketing Manager:** Sharon Koch
**Marketing Assistant:** Melissa Owens
**Managing Editor (Production):** Cynthia Regan
**Production Editor:** Carol Samet
**Production Assistant:** Joe DeProspero
**Production Manager:** Arnold Vila
**Design Manager:** Maria Lange
**Art Director:** Kevin Kall
**Interior Design:** Kevin Kall
**Cover Design:** Karen Quigley
**Cover Illustration:** Kevin Kall
**Photo Researcher:** Sheila Norman
**Image Permission Coordinator:** Cynthia Vincenti
**Manager, Print Production:** Christy Mahon
**Composition/Full-Service Project Management:** GGS Book Services, Atlantic Highlands
**Printer/Binder:** RR Donnelley

Credits and acknowledgments borrowed from other sources and reproduced, with permission, in this textbook appear on appropriate page within text or on page 705.

If you purchased this book within the United States or Canada you should be aware that it has been wrongfully imported without the approval of the Publisher or the Author.

---

**Copyright © 2005, 2001, 1998, 1995 by Pearson Education, Inc.,**
**Upper Saddle River, New Jersey, 07458.**
Pearson Prentice Hall. All rights reserved. Printed in the United States of America. This publication is protected by Copyright and permission should be obtained from the publisher prior to any prohibited reproduction, storage in a retrieval system, or transmission in any form or by any means, electronic, mechanical, photocopying, recording, or likewise. For information regarding permission(s), write to: Rights and Permissions Department.

**Pearson Prentice Hall™** is a trademark of Pearson Education, Inc.
**Pearson®** is a registered trademark of Pearson plc
**Prentice Hall®** is a registered trademark of Pearson Education, Inc.

Pearson Education LTD.                         Pearson Education North Asia Ltd
Pearson Education Singapore, Pte. Ltd          Pearson Educación de Mexico, S.A. de C.V.
Pearson Education, Canada, Ltd                 Pearson Education Malaysia, Pte. Ltd
Pearson Education–Japan                        Pearson Education Upper Saddle River,
Pearson Education Australia PTY, Limited           New Jersey



10 9 8 7 6 5 4 3
ISBN 0-13-191207-0

1970s and early 1980s. Because the demands for such commodities as coffee, cocoa, tin, and copper are much more elastic, attempts by producers to cartelize these markets and raise prices have largely failed. In each case, the elasticity of market demand limits the potential monopoly power of individual producers.

### The Number of Firms

The second determinant of a firm's demand curve—and thus of its monopoly power—is the number of firms in its market. Other things being equal, the monopoly power of each firm will fall as the number of firms increases: As more and more firms compete, each firm will find it harder to raise prices and avoid losing sales to other firms.

What matters, of course, is not just the total number of firms, but the number of "major players"—firms with significant market share. For example, if only two large firms account for 90 percent of sales in a market, with another 20 firms accounting for the remaining 10 percent, the two large firms might have considerable monopoly power. When only a few firms account for most of the sales in a market, we say that the market is highly *concentrated*.[9]

It is sometimes said (not always jokingly) that the greatest fear of American business is competition. That may or may not be true. But we would certainly expect that when only a few firms are in a market, their managers will prefer that no new firms enter. An increase in the number of firms can only reduce the monopoly power of each incumbent firm. An important aspect of competitive strategy (discussed in detail in Chapter 13) is finding ways to create **barriers to entry**—conditions that deter entry by new competitors.

**barrier to entry** Condition that impedes entry by new competitors.

Sometimes there are natural barriers to entry. For example, one firm may have a *patent* on the technology needed to produce a particular product. This makes it impossible for other firms to enter the market, at least until the patent expires. Other legally created rights work in the same way—a *copyright* can limit the sale of a book, music, or a computer software program to a single company, and the need for a government *license* can prevent new firms from entering the markets for telephone service, television broadcasting, or interstate trucking. Finally, *economies of scale* may make it too costly for more than a few firms to supply the entire market. In some cases, economies of scale may be so large that it is most efficient for a single firm—a *natural monopoly*—to supply the entire market. We will discuss scale economies and natural monopoly in more detail shortly.

In §7.4, we explain that a firm enjoys economies of scale when it can double its output with less than a doubling of cost.

### The Interaction Among Firms

The ways in which competing firms interact is also an important—and sometimes the most important—determinant of monopoly power. Suppose there are four firms in a market. They might compete aggressively, undercutting one another's prices to capture more market share. This could drive prices down to nearly competitive levels. Each firm will fear that if it raises its price it will be undercut and lose market share. As a result, it will have little monopoly power.

On the other hand, the firms might not compete much. They might even collude (in violation of the antitrust laws), agreeing to limit output and raise prices.

---

[9] A statistic called the *concentration ratio*, which measures the percentage of sales accounted for by, say, the four largest firms, is often used to describe the concentration of a market. Concentration is one, but not the only, determinant of market power.

Case 4:03-cv-01431-PJH   Document 447-3   Filed 03/07/06   Page 5 of 6

Because raising prices in concert rather than individually is more likely to be profitable, collusion can generate substantial monopoly power.

We will discuss the interaction among firms in detail in Chapters 12 and 13. Now we simply want to point out that, other things being equal, monopoly power is smaller when firms compete aggressively and is larger when they cooperate.

Remember that a firm's monopoly power often changes over time, as its operating conditions (market demand and cost), its behavior, and the behavior of its competitors change. Monopoly power must therefore be thought of in a dynamic context. For example, the market demand curve might be very inelastic in the short run but much more elastic in the long run. (Because this is the case with oil, the OPEC cartel enjoyed considerable short-run but much less long-run monopoly power.) Furthermore, real or potential monopoly power in the short run can make an industry more competitive in the long run: Large short-run profits can induce new firms to enter an industry, thereby reducing monopoly power over the longer term.

## 10.4 The Social Costs of Monopoly Power

In a competitive market, price equals marginal cost. Monopoly power, on the other hand, implies that price exceeds marginal cost. Because monopoly power results in higher prices and lower quantities produced, we would expect it to make consumers worse off and the firm better off. But suppose we value the welfare of consumers the same as that of producers. In the aggregate, does monopoly power make consumers and producers better or worse off?

We can answer this question by comparing the consumer and producer surplus that results when a competitive industry produces a good with the surplus that results when a monopolist supplies the entire market.[10] (We assume that the competitive market and the monopolist have the same cost curves.) Figure 10.10 shows the average and marginal revenue curves and marginal cost curve for the monopolist. To maximize profit, the firm produces at the point where marginal revenue equals marginal cost, so that the price and quantity are $P_m$ and $Q_m$. In a competitive market, price must equal marginal cost, so the competitive price and quantity, $P_c$ and $Q_c$ are found at the intersection of the average revenue (demand) curve and the marginal cost curve. Now let's examine how surplus changes if we move from the competitive price and quantity, $P_c$ and $Q_c$ to the monopoly price and quantity, $P_m$ and $Q_m$.

Under monopoly, the price is higher and consumers buy less. Because of the higher price, those consumers who buy the good lose surplus of an amount given by rectangle A. Those consumers who do not buy the good at price $P_m$ but who would buy at price $P_c$ also lose surplus—namely, an amount given by triangle B. The total loss of consumer surplus is therefore $A + B$. The producer, however, gains rectangle A by selling at the higher price but loses triangle C, the additional profit it would have earned by selling $Q_c - Q_m$ at price $P_c$. The total gain in producer surplus is therefore $A - C$. Subtracting the loss of consumer surplus from the gain in producer surplus, we see a net loss of surplus given by $B + C$. This is the *deadweight loss from monopoly power*. Even if the monopolist's profits were taxed away and redistributed to the consumers of its products, there would be an inefficiency because output would be lower than under conditions of competition. The deadweight loss is the social cost of this inefficiency.

*[margin note]* explain that consumer surplus is the total benefit or value that consumers receive beyond what they pay for a good; producer surplus is the analogous measure for producers.

---

[10] If there were two or more firms, each with some monopoly power, the analysis would be more complex. However, the basic results would be the same.

Net present value (NPV)
    of college education, 564–65
    criterion for capital investment decisions, 554–57
    defined, 554
Netscape, 376, 377
Network externalities, 132–36, 509
Neumark, David, 15n10, 537n9
Nevin, John R., 440n1
Nevo, Aviv, 391n5
Nexium, 347n5
9/11/01, effects of, on New York City office space, 30–32
Noll, Roger, 535
Nominal discount rate, *versus* real, 556–57
Nominal price, real price *versus*, 12–15
Noncompetitive markets, competitive markets versus, 8
Noncooperative games, 454
    cooperative games *versus*, 474–76
    defined, 474
Nondiversifiable risk, 558–59
Nonexclusive goods, 665–66
Nonprofit hospitals, managers of, as agents, 630–31
Nonrival goods, 665
Nonunionized workers, 539
Normal goods, 112
Normative analysis
    defined, 7
    positive analysis *versus*, 7
North American Free Trade Agreement (NAFTA), 605
Northeast Interstate Dairy Compact, 467
North Korea, planned economy of, 4
Northwest Airlines, 488
Novartis, 10, 11
Novel, best-selling, pricing of, 396–97
Nuclear deterrence, 498n15

# O

Office of Management and Budget, 630
Office space, New York City, effects of 9/11 on supply and demand of, 30–32
Oi, Walter Y., 397n12, 531
Oil industry, as increasing-cost industry, 291
Oil market, 8, 51–54
    monopoly power and, 357–58
    OPEC. *See* OPEC (the Organization of Petroleum Exporting Countries)
    *See also* Diesel fuel; Gasoline
Oligopolistic market, equilibrium in, 442–43
Oligopolistic pricing, prisoners' dilemma and, 457–62
Oligopoly, 435, 441–48
    **defined, 436**
    kinked demand curve model of, 457
Oligopsony, 364
Olson, C. Vincent, 314n6
Omidyar, Pierre, 509
O'Neill, Frank, 209n9

OPEC (the Organization of Petroleum Exporting Countries), 8, 51–52, 436, 568
    analyzing, 464–65
    monopoly power and, 357–58
Opportunity cost, 214
    of capital, 555
    defined, 537
    of land, 285
Optimal strategy, 474
Orbitz, 488
Ordinal utility functions, 77
Organization of Petroleum Exporting Countries (OPEC). *See* OPEC (the Organization of Petroleum Exporting Countries)
Orr, James, 31n5
Output efficiency, 598–99
    competition and, 600–601
Output market(s), 515
    efficiency in, 600–601, 607
Output(s)
    choosing, in long run, 281–87
    rule for, 269
    in short run, 269
    two, production with, 240–42
Outside market(s)
    absence of, transfer pricing and, 424–27
    competitive, transfer pricing with, 427–28
    defined, 424
    noncompetitive, transfer pricing with, 428–31
Over-the-counter drugs, advertising and, 418–19

# P

Paasche index
    defined, 100–101
    Laspeyres price index and, 100–101
Painkillers, market for, 11
Pakes, Ariel, 87n8, 604n6
Pan American World Airways, 488
Parallel conduct, 372–73
Pareto, Vilfredo, 584
Pareto efficiency, 584, 593
Partial equilibrium analysis, 580
Patent(s), 358
Pay. *See* Wage(s)
Payoff matrix, 454–55
    defined, 454
Payoffs, 155, 473–74
    maximizing expected, 481
PDV (present discounted value), 547–50
Peak-load pricing, 395–96
    defined, 393
Pepcid, 10, 346–47
**Pepsi Cola, 440–41**
Perfect competition, equity and, 593
Perfect complements, 72–73
    production function and, 203–5
Perfectly competitive market(s), 261, 262–64, 516, 528–29

Perfectly competitive market(s), defined, 8
Perfectly elastic supply, 277
Perfectly inelastic supply, 277
Perfect price discrimination, 384–85
Perfect substitutes, 72–73, 203–4
Perpetuity(ies), 550–52
Persian Gulf, oil production of, 52
Peru, copper production in, 50, 278, 465
Petrin, Amil, 74n3
Petroleum products. *See* Diesel fuel; Gasoline
Pfizer, 10
P&G. *See* Procter & Gamble (P&G)
Pindyck, Robert S., 42n9, 52n16, 56n18, 353n6, 463n11, 555n9, 570n20, 675n1, 680n5
Pizzeria business, 218
Point elasticity of demand, 35
Poland, copper mining in, 278, 279
Polaroid Corporation, 9, 381
    two-part tariff example and, 400–402
Polinsky, Mitchell, 158n5
Positive analysis
    defined, 6–7
    normative analysis *versus*, 7
Positive externality(ies), 641–42
    inefficiency and, 643–45
Positively correlated variables, 166
Pravachol, 10
Predatory pricing, 373
Predictions, accuracy of, 6
Prentice Hall, Inc., 340
Prescription drugs, markets for, 10–11
Present discounted value (PDV), 547–50
Present value, of cash flow of a bond, 551
Prevacid, 10n4
Price ceiling, 306
Price competition
    with differentiated products, 450–53
    with homogeneous products, 449–50
Price-consumption curve, 108–9
Price controls, 55–57, 299–300, 301–2
    natural gas shortages and, 56–57
Price controls, natural gas shortages and, 304–5
Price discrimination, 383–93
    defined, 383
    first-degree, 383–86
    imperfect, 385–86
    intertemporal, 393–95
    perfect, 384–85
    rebates and, 391–92
    second-degree, 386–87
    third-degree, 387–91
Price elasticity of demand, 32–33, 123, 522
Price elasticity of supply, 35
Price leadership, 458–61
    **in commercial banking, 459–61**
    defined, 459
Price rigidity, 457–58
    in commercial banking, 459–61
    defined, 457
Pricer takers, 262