OUTSIDE COUNSEL EYES ONLY

F 276172



**2008 K**

**A Matter of Simplicity**

Fresenius Medical Care

OUTSIDE COUNSEL EYES ONLY

F 276173



**Fresenius Medical Care**

# 2008 K

## In Touch with a New Generation



OUTSIDE COUNSEL EYES ONLY

# In Touch with a New Generation

## The Touch Screen



Fresenius Medical Care

OUTSIDE COUNSEL EYES ONLY

F 276175

# In Touch with a New Generation

## The Touch Screen



Fresenius Medical Care

OUTSIDE COUNSEL EYES ONLY

F 276176

# In Touch with a New Generation

## The Touch Screen



Fresenius Medical Care

OUTSIDE COUNSEL EYES ONLY

F 276177

Fresenius Medical Care



# In Touch with a New Generation

## The Touch Screen

### DIALYSIS

Arterial Pressure
-160 mmHg

Venous Pressure
220 mmHg

TMP
120 mmHg

UF-Goal
3000 ml

UF-Time

Dialysate Flow
800 ml/min

Temperature °C

activity mS/cm

Profile hr:mn

Blood Pressure  10:51
10:45 120/90 (100)

Status Bar

Real Time Clock
10:51

Home   Trends   Dialysate   Test. Options   Heparin   KtV   BTM   Blood Pressure

OUTSIDE COUNSEL EYES ONLY

F 276178



# In Touch with a New Generation

## The Touch Screen

Fresenius Medical Care

DIALYSIS

Blood Pressure  10:51
10:45 120/90 (100)

Arterial Pressure  -160 mmHg   -100   -220

Venous Pressure  220 mmHg   280

TMP  120 mmHg   180

Dialysate Flow  800 ml/min

UF-Goal  3000 ml

UF-Time

Temperature  °C

Conductivity  mS/cm

56  hr min

Status Bar

Last Blood Pressure

10:45 120/90 (100)

Profile  (Lin)

Home   Trends   Dialysate   Test, Options   Heparin   Kt/V   BTM   Blood Pressure

OUTSIDE COUNSEL EYES ONLY

F 276179

# In Touch with a New Generation

## The Touch Screen



### DIALYSIS

Blood Pressure    10:51
10:45 120/90 (100)

"Folder" Buttons

Just one button away
from any other screen

| Home | Trends | Dialysate | Test, Options |

Fresenius Medical Care

OUTSIDE COUNSEL EYES ONLY

F 276180



# In Touch with a New Generation

## The Touch Screen

### DIALYSIS

Blood Pressure    10:51
10:45 120/90 (100)

| | | |
|---|---|---|
| Dialysate Flow | Temperature | Conductivity |
| **800** ml/min | **37.0** °C | **14.0** mS/cm |
| | | RTD |

| UF-Goal | UF-Time | UF-Rate | UF-Removed |
|---|---|---|---|
| **3000** ml | **0:56** hr:min | **400** ml/min | |

Arterial
Pressure   mmHg
**-160**
-100
-220

Venous
Pressure   mmHg
**220**
280
160

TMP   mmHg
**120**
180
60

Na⁺
UF
BP

Home    Trends    Dialysa

## Pressure Monitoring

- **Numeric Display**
- **Graphic Display**
- **Alarm Identification**

Venous
Pressure   mmHg
**150**
280
160

Fresenius Medical Care

OUTSIDE COUNSEL EYES ONLY

F 276161

# In Touch with a New Generation

## The Touch Screen



**Touch Screen Buttons**

**Color Coded Buttons**

Fresenius Medical Care

OUTSIDE COUNSEL EYES ONLY

F 276182



# In Touch with a New Generation

## The Touch Screen

### Data Entry

**Select Parameter**

- Numeric Key Pad

- Precise Data Entry the Very First Time

Fresenius Medical Care

OUTSIDE COUNSEL EYES ONLY

F 276163



# In Touch with a New Generation

## The Touch Screen

### DIALYSIS

Blood Pressure    10:51

"Trend" Screen

Treatment Trends at a Glance

Fresenius Medical Care

Arterial Pressure
-160 mmHg

Venous Pressure
220 mmHg

TMP
120 mmHg

UF-Goal  300

UF-Time  0:5

UF-Rate  40

UF-Rem

UF-Prof

Heparin

Home    Trends    Dialysate    Test. Options

OUTSIDE COUNSEL EYES ONLY

F 276184



# Keys - Where You Want Them

## The Front Panel

**Immediate Access to On/Off Functions**

Fresenius Medical Care

OUTSIDE COUNSEL EYES ONLY

F 276185

# The Start of a Treatment

## "New Treatment" Key



Resets all timers and parameters

Fresenius Medical Care

OUTSIDE COUNSEL EYES ONLY

F 276186



OUTSIDE COUNSEL EYES ONLY

F 276187



# The Start of a Treatment

## "Tx - Clock" Button

- "Tx Clock" button starts: Heparin, UF, SVS, OLC, ...
- Checks "Blood Sensed"
- All timers are synchronized ...

... and can be paused at any time

**Tx Running**

**Tx Paused**

Fresenius Medical Care

OUTSIDE COUNSEL EYES ONLY

F 276188

# 2008 K

## On-Line Clearance







Fresenius Medical Care

OUTSIDE COUNSEL EYES ONLY

F 276169



# On-Line Clearance

## Molecular Weight

| | |
|---|---|
| H | 1 |
| C | 12 |
| N | 14 |
| O | 16 |
| Na | 23 |
| Cl | 35 |

**Urea**

60

**NaCl**

58

Na    Cl

Fresenius Medical Care

OUTSIDE COUNSEL EYES ONLY



# On-Line Clearance
## Principle

Fresenius Medical Care

Conductivity [mS/cm]

16

15

14

13

12

Post-dialyzer

Pre-dialyzer

$t_1$

$t_2$

Time

$$Clearance = Q_D \left[ 1 - \frac{\Delta C_{Do}}{\Delta C_{Di}} \right]$$

F 276190

OUTSIDE COUNSEL EYES ONLY

F 276191



# On-Line Clearance Accuracy

Gotch, 1998

OUTSIDE COUNSEL EYES ONLY

F 276192

# On-Line Clearance

## Therapy Adjustment



**Traditionally**

**With On-Line Clearance Monitor**

**Monthly adjustment**

**On-line adjustment**



Fresenius Medical Care

OUTSIDE COUNSEL EYES ONLY

F 276193



# On-Line Clearance
## Therapy Adjustment

Fresenius Medical Care

OUTSIDE COUNSEL EYES ONLY

F 276194



On-Line Clearance

The Future?

K·t/v

or

Treatment Time

Fresenius Medical Care

OUTSIDE COUNSEL EYES ONLY

F 276195

# 2008 K

## Patient Safety
## Defines the Details



Fresenius Medical Care



OUTSIDE COUNSEL EYES ONLY

F 276196

# Customization for Flexibility

## Modular Design



Fresenius Medical Care

OUTSIDE COUNSEL EYES ONLY

F 276197



# Customization for Flexibility

## Blood Pump

**Adult, Pediatric, Neonatal Blood Lines**

**Arterial Level Adjustment**

**Self Loading Pump Segment**

Fresenius Medical Care

F 276198

OUTSIDE COUNSEL EYES ONLY

# Customization for Flexibility

## Air Detector

**Push Button Control**



Fresenius Medical Care

OUTSIDE COUNSEL EYES ONLY

F 276199

# Customization for Flexibility

## Heparin Pump



**Accommodates Most Manufacturers' Syringes**

**Improved Handling**

**10cc, 12cc, 20cc Syringes**

Fresenius Medical Care

OUTSIDE COUNSEL EYES ONLY

F 276200



Fresenius Medical Care

# Blood **V**olume Monitor & Blood **T**emperature Monitor

# Hypotension Management, only from Fresenius





OUTSIDE COUNSEL EYES ONLY

# Control with Ultrasonic Precision
## Blood Volume Monitor



Ultrasonic Sensor

Fresenius Medical Care

F 276201