| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | Daniel J. Furniss (State Bar No. 73531)  djfurniss@townsend.com |
| 2 | Annie M. Rogaski (State Bar No. 184754)  amrogaski@townsend.com |
| | 379 Lytton Avenue |
| 3 | Palo Alto, California  94301 |
| | Telephone: (650) 326-2400 |
| 4 | Facsimile: (650) 326-2422 |
| 5 | BELL, BOYD & LLOYD LLC |
| | Michael J. Abernathy (*pro hac vice*)  mabernathy@bellboyd.com |
| 6 | Lisa A. Carroll (*pro hac vice*)  lcarroll@bellboyd.com |
| | Michael E. Martinez (*pro hac vice*)  mmartinez@bellboyd.com |
| 7 | 70 West Madison Street, Suite 3300 |
| | Chicago, Illinois  60602 |
| 8 | Telephone:  (312) 372-1121 |
| | Facsimile:  (312) 827-8000 |
| 9 | |
| | GARDNER CARTON & DOUGLAS LLP |
| 10 | Patrick J. Kelleher (*pro hac vice*)  pkelleher@gcd.com |
| | Mary Elizabeth Brown (*pro hac vice*)  mebrown@gcd.com |
| 11 | 191 North Wacker Drive, Suite 3700 |
| | Chicago, Illinois  60606 |
| 12 | Telephone:  (312) 569-1000 |
| | Facsimile:  (312) 569-3375 |
| 13 | |
| | BAXTER HEALTHCARE CORPORATION |
| 14 | Joseph P. Reagen (*pro hac vice*)  joseph_reagen@baxter.com |
| | One Baxter Parkway |
| 15 | Deerfield, Illinois  60015 |
| 16 | Attorneys for Defendants/Counter-Plaintiffs |
| | BAXTER INTERNATIONAL INC. |
| 17 | and BAXTER HEALTHCARE CORPORATION |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| FRESENIUS USA, INC., a Massachusetts corporation; and FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation,, | | Case No.   C 03-1431 SBA (EDL) |
| | | **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE MOTION TO BAR FRESENIUS' PROFFERED DAMAGES EXPERT PROFESSOR RUBINFELD AND** |
| Plaintiffs and Counter-Defendants, | | |
| v. | | |
| BAXTER INTERNATIONAL INC., a Delaware corporation; and BAXTER HEALTHCARE CORPORATION, a Delaware corporation,, | | **EXHIBITS 1, 3, 4, 5, 6, 7, AND 8 TO THE DECLARATION OF PATRICK KELLEHER IN SUPPORT OF SAID MOTION** |
| Defendants and Counter-Plaintiffs. | | **Date:   April 11, 2006** |
| | | **Time:   1:00 P.M..** |
| | | **Hon. Saundra Brown Armstrong** |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. C 03-1431 SBA (EDL)

The Court having considered Baxter International Inc. and Baxter Healthcare Corporation's Administrative Motion to File Under Seal certain documents, and good cause appearing pursuant to Civil Local Rules 7-11 and 79-5(d),

IT IS HEREBY ORDERED that the clerk's office shall accept for filing under seal the previously-lodged sealed copies of the following documents:

1. Baxter's Motion to Bar Fresenius' Proffered Damages Expert Professor Rubinfeld; and

2. Exhibits 1, 3, 4, 5, 6, 7 and 8 to the Declaration of Patrick Kelleher in Support of Baxter's Motion to Bar Fresenius' Proffered Damages Expert Professor Rubinfeld

IT IS SO ORDERED.

DATED: 3/9/06

*/s/ Saundra B. Armstrong*
HON. JUDGE SAUNDRA BROWN ARMSTRONG
JUDGE OF THE U.S. DISTRICT COURT

CH02/ 22441122.2