Robert A. Van Nest, SBN 84065, rav@kvn.com
Stuart L. Gasner, SBN 164675, slg@kvn.com
David J. Silbert, SBN 173128, djs@kvn.com
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

Attorneys for Plaintiffs and Counterdefendants
FRESENIUS MEDICAL CARE HOLDINGS, INC.
and FRESENIUS USA, INC.

Michael J. Abernathy (admitted pro hac vice), mabernathy@bellboyd.com
Lisa A. Carroll (admitted pro hac vice), lcarroll@bellboyd.com
Bell, Boyd & Lloyd LLC
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone:     (312) 372-1121
Facsimile:      (312) 827-8000

Attorneys for Defendants and Counterclaimants BAXTER
INTERNATIONAL INC. and BAXTER HEALTHCARE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation; and FRESENIUS USA, INC., a Massachusetts corporation,<br><br>       Plaintiffs and Counterdefendants,<br><br>    v.<br><br>BAXTER INTERNATIONAL, INC., a Delaware corporation; and BAXTER HEALTHCARE CORPORATION, a Delaware corporation,<br><br>       Defendants and Counterclaimants. | Case No. C 03-01431 SBA (EDL)<br><br>**JOINT STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS, COUNTERCLAIMS AND DEFENSES** |

1  (list of counsel continued from previous page)

2  Todd G. Miller, SBN 163200, miller@fr.com
   Fish & Richardson P.C.
3  12390 El Camino Real
   San Diego, CA  92130
4  Telephone:     (858) 678-5070
   Facsimile:      (858) 678-5099
5

6  Mathias W. Samuel, *pro hac vice,* samuel@fr.com
   Thomas S. McClenahan, SBN 203204, mcclenahan@fr.com
7  Fish & Richardson P.C., P.A.
   60 South Sixth Street, Suite 3300
8  Minneapolis, MN 55402
   Telephone:     (612) 335-5070
9  Facsimile:      (612) 288-9696

10 Attorneys for Plaintiffs and Counterdefendants
   FRESENIUS MEDICAL CARE HOLDINGS, INC.
11 and FRESENIUS USA, INC.

12 Daniel J. Furniss, SBN 73531, djfurniss@townsend.com
   Townsend and Townsend and Crew LLP
13 379 Lytton Avenue
   Palo Alto, CA 94301
14 Telephone:     (650) 326-2400
15 Facsimile:      (650) 326-2422

16 Attorneys for Defendants and Counterclaimants BAXTER
   INTERNATIONAL INC. and BAXTER HEALTHCARE CORPORATION
17

18

19

20

21

22

23

24

25

26

27

28

2    JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING
     CERTAIN CLAIMS, COUNTERCLAIMS AND DEFENSES
     Case No. C 03-01431 SBA (EDL)

Plaintiffs and Counterdefendants Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc. (collectively "Fresenius") and Defendants and Counterclaimants Baxter International, Inc. and Baxter Healthcare Corporation (collectively "Baxter), by and through their respective counsel, hereby stipulate as follows:

1. All claims, counterclaims, and defenses of the parties concerning Fresenius' model 2008H hemodialysis machine are hereby dismissed with prejudice.

2. All claims, counterclaims, and defenses of the parties concerning Baxter's U.S. Patent No. 5,486,286 and claims 1 and 6 of Baxter's U.S. Patent No. 5,326,476 are hereby dismissed with prejudice.

3. Fresenius' Third Affirmative Defense (Laches), Fourth Affirmative Defense (Estoppel), Sixth Affirmative Defense (Failure to Mark), and Eighth Affirmative Defense (Prosecution Laches) are hereby dismissed with prejudice as to all patents currently asserted by Baxter.

4. Fresenius' Tenth Affirmative Defense (Unenforceability) is hereby dismissed with prejudice as to Baxter's U.S. Patent Nos. 5,486,286 and 5,744,027 only.

5. Fresenius' defense of improper inventorship based on alleged contribution by Ziba Design is hereby dismissed with prejudice as to all patents currently asserted by Baxter.

6. Fresenius' defense of indefiniteness is hereby dismissed with prejudice as to claims 1, 13 and 14 of Baxter's U.S. Patent No. 6,284,131 only.

Dated: March 10, 2006               FISH & RICHARDSON P.C., P.A.

                                    By: /s/ Thomas S. McClenahan

                                    Attorneys for Plaintiffs and Counterdefendants
                                    Fresenius Medical Care Holdings, Inc. and
                                    Fresenius USA, Inc.

1   Dated: March 9, 2006                                BELL, BOYD & LLOYD LLC

2

3                                                       By: /s/ Thomas L. Gemmell

4                                                       Attorneys for Defendants and Counterclaimants
                                                        Baxter International Inc. and Baxter Healthcare
5                                                       Corporation

6        **IT IS SO ORDERED.**

7

8   Dated: _3/14/06                                     By: _/s/ Saundra B. Armstrong_
                                                            HON. SAUNDRA B. ARMSTRONG
9                                                           United States District Court Judge

**SIGNATURE ATTESTATION**

I, Thomas S. McClenahan, herby attest:

1. I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

2. I shall maintain records of the original with the holograph signature for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to General Order 45 of the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Minneapolis, Minnesota on March 10, 2006.

Dated: March 10, 2006                    FISH & RICHARDSON P.C., P.A.


                                         By:   /s/ Thomas S. McClenahan
                                              Thomas S. McClenahan

                                         Attorneys for Plaintiffs and Counterdefendants
                                         FRESENIUS MEDICAL CARE HOLDINGS,
                                         INC., and FRESENIUS USA, INC.