Robert A. Van Nest, SBN 84065, rav@kvn.com
Stuart L. Gasner, SBN 164675, slg@kvn.com
David J. Silbert, SBN 173128, djs@kvn.com
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Todd G. Miller, SBN 163200, miller@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Mathias W. Samuel, pro hac vice, samuel@fr.com
Fish & Richardson P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Plaintiffs/Counterclaim Defendants
Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation; and FRESENIUS USA, INC., a Massachusetts corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>BAXTER INTERNATIONAL, INC., a Delaware corporation; and BAXTER HEALTHCARE CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaimants. | Case No. C 03-01431 SBA (EDL)<br><br>**DECLARATION OF THOMAS S. MCCLENAHAN IN SUPPORT OF FRESENIUS' OPPOSITION TO BAXTER DEFENDANTS' MOTION TO BAR FRESENIUS' PROFFERED DAMAGES EXPERT PROFESSOR RUBINFELD** |

1   DECLARATION OF THOMAS S. MCCLENAHAN IN SUPPORT OF FRESENIUS' OPPOSITION TO BAXTER DEFENDANTS' MOTION TO BAR FRESENIUS' PROFFERED DAMAGES EXPERT PROFESSOR RUBINFELD
Case No. C 03-01431 SBA (EDL)

I, Thomas S. McClenahan, hereby state and declare as follows:

1. I am an attorney in the law firm of Fish & Richardson P.C., P.A., counsel of record for Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc. (collectively, "Fresenius") in the above entitled action.

2. I make this declaration in support of Fresenius' Opposition to Baxter's Motion to Bar Fresenius' Proffered Damages Expert Professor Rubinfeld.

3. Attached to this declaration as **Exhibit A** is a true and correct copy of a December 1, 1998 letter to William Grieco from James Geringer.

4. Attached to this declaration as **Exhibit B** is a true and correct copy of *Calculating Intellectual Property Damages* (AICPA 2006).

5. Attached to this declaration as **Exhibit C** is a true and correct copy of Patent Damages and Practice § 3:7, Reasonable Royalty Damages.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 21, 2006        s/ Thomas S. McClenahan
                             Thomas S. McClenahan

60346953.doc