| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | Daniel J. Furniss (State Bar No. 73531)  djfurniss@townsend.com |
| 2 | Annie M. Rogaski (State Bar No. 184754)  amrogaski@townsend.com |
| | 379 Lytton Avenue |
| 3 | Palo Alto, California  94301 |
| | Telephone: (650) 326-2400 |
| 4 | Facsimile: (650) 326-2422 |
| 5 | BELL, BOYD & LLOYD LLC |
| | Michael J. Abernathy (*pro hac vice*)  mabernathy@bellboyd.com |
| 6 | Lisa A. Carroll (*pro hac vice*)  lcarroll@bellboyd.com |
| | Michael E. Martinez (*pro hac vice*)  mmartinez@bellboyd.com |
| 7 | 70 West Madison Street, Suite 3300 |
| | Chicago, Illinois  60602 |
| 8 | Telephone:  (312) 372-1121 |
| | Facsimile:  (312) 827-8000 |
| 9 | |
| | GARDNER CARTON & DOUGLAS LLP |
| 10 | Patrick J. Kelleher (*pro hac vice*)  pkelleher@gcd.com |
| | Mary Elizabeth Brown (*pro hac vice*)  mebrown@gcd.com |
| 11 | 191 North Wacker Drive, Suite 3700 |
| | Chicago, Illinois  60606 |
| 12 | Telephone:  (312) 569-1000 |
| | Facsimile:  (312) 569-3375 |
| 13 | |
| | BAXTER HEALTHCARE CORPORATION |
| 14 | Joseph P. Reagen (*pro hac vice*)  joseph_reagen@baxter.com |
| | One Baxter Parkway |
| 15 | Deerfield, Illinois  60015 |
| 16 | Attorneys for Defendants/Counter-Plaintiffs |
| | BAXTER INTERNATIONAL INC. |
| 17 | and BAXTER HEALTHCARE CORPORATION |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FRESENIUS USA, INC., a Massachusetts corporation; and FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation,, | Case No.   C 03-1431 SBA (EDL) |
| Plaintiffs and Counter-Defendants, | **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE REPLY IN SUPPORT OF MOTION TO BAR FRESENIUS' PROFFERED DAMAGES EXPERT PROFESSOR RUBINFELD** |
| v. | |
| BAXTER INTERNATIONAL INC., a Delaware corporation; and BAXTER HEALTHCARE CORPORATION, a Delaware corporation,, | |
| Defendants and Counter-Plaintiffs. | Hearing Date: April 11, 2006<br>Hearing Time: 1:00 P.M..<br>Judge: Hon. Saundra Brown Armstrong<br>Courtroom:   Courtroom 3, 3rd Floor |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE REPLY IN SUPPORT OF MOTION TO BAR FRESENIUS' PROFFERED DAMAGES EXPERT PROFESSOR RUBINFELD.
CASE NO. C 03-1431 SBA (EDL)

1  The Court having considered Baxter International Inc. and Baxter Healthcare Corporation's
2  Administrative Motion to File Under Seal Baxter's Reply in Support of Motion to Bar Fresenius'
3  Proffered Damages Expert Professor Rubinfeld, and good cause appearing pursuant to Civil Local
4  Rules 7-11 and 79-5(d),
5
6
7  IT IS HEREBY ORDERED that the clerk's office shall accept for filing under seal the
8  previously-lodged sealed copy of the following document:
9
   1.  Baxter's Reply in Support of Motion to Bar Fresenius' Proffered Damages
       Expert Professor Rubinfeld.
10
11
12
13  IT IS SO ORDERED.
14
15  DATED:3/29/06                                  _____
                                                   HON. JUDGE SAUNDRA BROWN ARMSTRONG
16                                                 JUDGE OF THE U.S. DISTRICT COURT
    CH01/ 12468222.1
17

[[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE REPLY IN SUPPORT OF MOTION TO BAR FRESENIUS' PROFFERED DAMAGES EXPERT PROFESSOR RUBINFELD.
CASE NO. C 03-1431 SBA (EDL)

2