IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC., et al., | No. C 03-1431 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| BAXTER INTERNATIONAL, INC., et al., | |
| Defendants. | |

IT IS HEREBY ORDERED THAT, in the event that the private mediation currently scheduled to take place before June 13, 2006 does not resolve the above-captioned matter, a representative with settlement authority from each party shall personally appear for the Pretrial Conference on June 13, 2006 at 1:00 p.m.

IT IS SO ORDERED.

Dated: 5/25/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge