Juanita R. Brooks, SBN 75934, brooks@fr.com
Todd G. Miller, SBN 163200, miller@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*Additional counsel listed on following page*

Attorneys for Plaintiffs/Counterclaim Defendants
Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc

Michael J. Abernathy (*admitted pro hac vice*)  mabernathy@bellboyd.com
Alan L. Barry (*admitted pro hac vice*)  abarry@bellboyd.com
Thomas L. Gemmell (*admitted pro hac vice*)  tgemmell@bellboyd.com
Sanjay K. Murthy (*admitted pro hac vice*)  smurthy@bellboyd.com
Bell, Boyd & Lloyd LLC
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone:    (312) 372-1121
Facsimile:    (312) 827-8000

*Additional counsel listed on following page*

Attorneys for Defendants and Counterclaimants
Baxter International Inc. and Baxter Healthcare Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation; and FRESENIUS USA, INC., a Massachusetts corporation,<br><br>        Plaintiffs and Counterdefendants,<br><br>    v.<br><br>BAXTER INTERNATIONAL, INC., a Delaware corporation; and BAXTER HEALTHCARE CORPORATION, a Delaware corporation,<br><br>        Defendants and Counterclaimants. | Case No. C 03-01431 SBA (EDL)<br><br>**JOINT STIPULATION AND  ORDER TO ENLARGE TIME UNDER CIV. L.R. 6-2**<br><br>Hon. Saundra Brown Armstrong |

1

(list of counsel continued from previous page)

2

*Additional Counsel Continued from previous page:*

3

Mathias W. Samuel, *pro hac vice*, samuel@fr.com
Thomas S. McClenahan, SBN 203204, mcclenahan@fr.com

4

Fish & Richardson P.C.
60 South Sixth Street, Suite 3300

5

Minneapolis, MN 55402
Telephone:  (612) 335-5070

6

Facsimile:  (612) 288-9696

7

Robert A. Van Nest, SBN 84065, rav@kvn.com
Stuart L. Gasner, SBN 164675, slg@kvn.com

8

David J. Silbert, SBN 173128, djs@kvn.com
Keker & Van Nest, LLP

9

710 Sansome Street
San Francisco, CA 94111-1704

10

Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

11

12

Limin Zheng, SBN 226875, zheng@fr.com
S. Kameron Parvin, SBN 232349, parvin@fr.com

13

Fish & Richardson P.C.
500 Arguello Street, Suite 500

14

Redwood City, CA 94053
Telephone:  (650) 839-5070

15

Facsimile:  (650) 839-5071

16

Attorneys for Plaintiffs/Counterclaim Defendants
Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc.

17

Daniel J. Furniss, SBN 73531, djfurniss@townsend.com

18

Townsend and Townsend and Crew LLP
379 Lytton Avenue

19

Palo Alto, CA 94301
Telephone:  (650) 326-2400

20

Facsimile:  (650) 326-2422

21

Patrick J. Kelleher (*admitted pro hac vice*)  pkelleher@gcd.com

22

GARDNER CARTON & DOUGLAS LLP
191 North Wacker Drive, Suite 3700

23

Chicago, Illinois 60606
Telephone:  (312) 569-1000

24

Facsimile:  (312) 569-3000

25

Joseph P. Reagen (admitted pro hac vice)  joseph_reagen@baxter.com

26

BAXTER HEALTHCARE CORPORATION
One Baxter Parkway

27

Deerfield, Illinois  60015

28

Attorneys for Defendants and Counterclaimants
Baxter International Inc. and Baxter Healthcare Corporation

On May 23, 2006, the parties filed numerous pretrial papers, including their respective Motions *in Limine* and Exhibit Lists.  The Stipulated Order for Pretrial Preparation in a Patent Case (Dkt. No. 379) provides that all responses to Motions *in Limine* or Objections to Evidence shall be filed no later than May 30, 2006.  The parties have worked diligently to meet this schedule.

In light of the parties' efforts, and further given the intervening Memorial Day holiday, the parties hereby stipulate and respectfully request that the deadline for responses to Motions *in Limine* and Objections to Evidence be extended to May 31, 2006.

The proposed extension shall not affect the Pretrial Conference scheduled to be held on June 13, 2006.

Dated: May 30, 2006                    FISH & RICHARDSON P.C., P.A.


                                       By*: /s/ Thomas S. McClenahan_____
                                       Attorneys for Plaintiffs and Counterdefendants
                                       Fresenius Medical Care Holdings, Inc. and
                                       Fresenius USA, Inc.

Dated:  May 30, 2006                   BELL, BOYD & LLOYD LLC


                                       By: /s/ Michael J. Abernathy_____
                                          Michael J. Abernathy
                                       Attorneys for Defendants and Counterclaimants
                                       Baxter International Inc. and Baxter Healthcare
                                       Corporation

**IT IS SO ORDERED**.

DATED:  _5/31/06                        _____
                                       HON. SAUNDRA BROWN ARMSTRONG
                                       U.S. DISTRICT COURT JUDGE

**SIGNATURE ATTESTATION**

I, Thomas S. McClenahan, hereby attest:

1.      I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

2.      I shall maintain records of the original with the holograph signature for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to General Order 45 of the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed in Minneapolis, Minnesota on May 30, 2006.

Dated:  May 30, 2006                FISH & RICHARDSON P.C., P.A.


                                    By:  __/s/ Thomas S. McClenahan_____
                                         Thomas S. McClenahan

                                    Attorneys for Plaintiffs and Counterdefendants
                                    FRESENIUS MEDICAL CARE HOLDINGS,
                                    INC., and FRESENIUS USA, INC.