1  Juanita R. Brooks, SBN 75934, brooks@fr.com
   Todd G. Miller, SBN 163200, miller@fr.com
2  Fish & Richardson P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone: (858) 678-5070
4  Facsimile: (858) 678-5099

5  *Additional counsel listed on following page*

6  Attorneys for Plaintiffs and Counterdefendants
   Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc.

7  Michael J. Abernathy, pro hac vice, mabernathy@bellboyd.com
   Lisa A. Carroll, pro hac vice, lcarroll@bellboyd.com
8  Bell, Boyd & Lloyd LLC
   70 West Madison Street, Suite 3100
9  Chicago, IL 60602
   Telephone: (312) 372-1121
10 Facsimile: (312) 827-8000

11 *Additional counsel listed on following page*

12 Attorneys for Defendants and Counterclaimants
   Baxter International Inc. and Baxter Healthcare Corporation
13

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation; and FRESENIUS USA, INC., a Massachusetts corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>BAXTER INTERNATIONAL, INC., a Delaware corporation; and BAXTER HEALTHCARE CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaimants. | Case No. C 03-01431 SBA (EDL)<br><br>**STIPULATION AND ORDER REGARDING EQUIPMENT FOR TRIAL**<br><br>Date:    June 19, 2006<br>Time:   8:30 a.m.<br>Judge:  Hon. Saundra Brown Armstrong |

*Additional Counsel Continued from previous page:*

Mathias W. Samuel, pro hac vice, samuel@fr.com
Michael E. Florey, pro hac vice, florey@fr.com
Thomas S. McClenahan, SBN 203204, mcclenahan@fr.com
Michael J. Pape, pro hac vice, pape@fr.com
Fish & Richardson P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Robert A. Van Nest, SBN 84065, rav@kvn.com
Stuart L. Gasner, SBN 164675, slg@kvn.com
David J. Silbert, SBN 173128, djs@kvn.com
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Limin Zheng, SBN 226875, zheng@fr.com
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94053
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiffs and Counterdefendants
Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc.

Daniel J. Furniss, SBN 73531, djfurniss@townsend.com
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Defendants and Counterclaimants
Baxter International Inc. and Baxter Healthcare Corporation

**STIPULATION**

Plaintiffs and Counterdefendants, FRESENIUS MEDICAL CARE HOLDINGS, INC., and FRESENIUS USA, INC. (collectively "Fresenius") and Defendants and Counterclaimants BAXTER INTERNATIONAL, INC. and BAXTER HEALTHCARE CORPORATION (collectively "Baxter") hereby STIPULATE as follows:

In connection with the trial scheduled for June 19, 2006, counsel of record for Fresenius, the firm of Fish & Richardson, as well as support staff and vendors assisting such counsel, and counsel of record for Baxter, the firms of Bell, Boyd & Lloyd, Townsend and Townsend and Crew, and Gardner, Carton & Douglas, as well as support staff and vendors assisting such counsel, may bring into the Federal Courthouse in Oakland, California, located at 1301 Clay Street, #400 South, Oakland, California, and set up in the courtroom of the Honorable Saundra B. Armstrong, certain equipment and materials for purposes of facilitating demonstrative exhibits which may be used during the hearing.

The equipment and materials may include easels, exhibit boards, a projector, screen, switch box and cables, laptop computers, four 15" flat panel displays, digital ELMO visual presenter, audio speaker, the stands and tables necessary to support such equipment.

Additionally the parties may attempt to introduce the following physical exhibits and equipment at trial: Sarns 3M Perfusion System 9000; Seratron hemodialysis machine, including the Seratron Dialysis Control System, the Seratron PRSM, and the Seratron Modeling Programmer; Fresenius CMS08 / A2008D; computer system, touch screen user interface, and software known as the EloDemo; Cobe Centry System 3; Pacesetter APSII Programmer; Heparin Pump; Proportioning Pump; Blood Pump; Fresenius 2008H machine; Fresenius 2008K machine; Baxter System 1000 (without monitor and touch screen); Baxter System 1000 monitor; Baxter System 1000 touch screen; Baxter System 1000 machine; Fresenius 2008C machine; Fresenius 2008D machine; Fresenius 5008 machine; Baxter TINA machine; and Gambro Phoenix machine. Inclusion on this list is neither an admission that the equipment is admissible at trial nor an

1  admission that the equipment qualifies as prior art.  Accordingly, the parties reserve all rights to
2  object to the admission, identification, and/or demonstration of all equipment listed herein.
3       Further, the parties request that they be allowed access to the Courtroom on Friday,
4  June 16, at 1:00 p.m. for the purposes of setting up and testing this equipment prior to the
5  commencement of trial.

6
7  Dated:  June 9, 2006                            FISH & RICHARDSON P.C.

8                                            By:  */s/ Thomas S. McClenahan*
9                                                 Thomas S. McClenahan

10                                   Attorneys for Plaintiffs and Counterdefendants
                                 FRESENIUS MEDICAL CARE HOLDINGS,
11                                   INC. and FRESENIUS USA, INC.

12
13  Dated:  June 9, 2006                            BELL, BOYD & LLOYD LLC

14                                             By:  */s/ Michael J. Abernathy*
15                                               Michael J. Abernathy

16                                 Attorneys for Defendants and Counterclaimants
                               BAXTER INTERNATIONAL, INC. and
17                                 BAXTER HEALTHCARE CORPORATION

18
19
20  10638073.doc
21
22
23
24
25
26
27
28

1    Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under
2 penalty of perjury that concurrence in the filing of this document has been obtained from
3 Michael J. Abernathy.

4 Dated:  June 9, 2006                                               FISH & RICHARDSON P.C.

                                                                    By:  */s/ Thomas S. McClenahan*
                                                                          Thomas S. McClenahan

                                                                    Attorneys for Plaintiffs and Counterdefendants
                                                                    FRESENIUS MEDICAL CARE HOLDINGS,
                                                                    INC. and FRESENIUS USA, INC.

**ORDER**

IT IS SO ORDERED.  Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow, and to take such steps as reasonably necessary to facilitate the foregoing activity.

DATED:  June 12, 2006

By: _____
HON. SAUNDRA B. ARMSTRONG
United States District Judge