IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC., et al., | No. C 03-1431 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 775] |
| BAXTER INTERNATIONAL, INC., et al., | |
| Defendants. | |

For the reasons set forth by the Court on the record during the trial proceedings on June 19, 2006,

IT IS HEREBY ORDERED THAT Baxter's Objection to Testimony of Perry Guinn [Docket No. 775] is SUSTAINED IN PART AND OVERRULED IN PART.

IT IS SO ORDERED.

Dated: 6/20/06

SAUNDRA BROWN ARMSTRONG
United States District Judge