United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC., et al., | No. C 03-1431 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| BAXTER INTERNATIONAL, INC., et al., | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the parties shall file their respective objections, if any, to the disputed jury instructions no later than **8:00 a.m.** on June 22, 2006.

IT IS SO ORDERED.

Dated: 6/21/06

SAUNDRA BROWN ARMSTRONG
United States District Judge