IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRESENIUS USA, Inc., et al.,                              No. C 03-01431 SBA

      Plaintiff,                                                    **ORDER**

v.

BAXTER INTERNATIONAL, INC., et al.,

      Defendant.

_____/

    IT IS HEREBY ORDERED THAT the parties in the above-captioned case shall file their joint stipulation setting forth a briefing schedule for all outstanding motions, including the briefing and submissions of proposed findings of fact and conclusions of law on the issue of inequitable conduct, no later than July 12, 2006.

    IT IS SO ORDERED.

//

Dated: 7/6/06

                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge