1  Juanita R. Brooks, SBN 75934, brooks@fr.com
   Todd G. Miller, SBN 163200, miller@fr.com
2  Fish & Richardson P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone: (858) 678-5070
4  Facsimile: (858) 678-5099

5  Mathias W. Samuel, pro hac vice, samuel@fr.com
   Michael E. Florey, pro hac vice, florey@fr.com
6  Thomas S. McClenahan, SBN 203204, mcclenahan@fr.com
   Michael J. Pape, pro hac vice, pape@fr.com
7  Fish & Richardson P.C.
   60 South Sixth Street, Suite 3300
8  Minneapolis, MN 55402
   Telephone: (612) 335-5070
9  Facsimile: (612) 288-9696

10 Limin Zheng, SBN 226875, zheng@fr.com
   Fish & Richardson P.C.
11 500 Arguello Street, Suite 500
   Redwood City, CA 94053
12 Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
13
   Attorneys for Plaintiffs and Counterdefendants
14 Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc.

15

16                     UNITED STATES DISTRICT COURT

17                     NORTHERN DISTRICT OF CALIFORNIA

18                             OAKLAND DIVISION

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation; and FRESENIUS USA, INC., a Massachusetts corporation,<br><br>Plaintiffs and Counter-defendants,<br><br>v.<br><br>BAXTER INTERNATIONAL, INC., a Delaware corporation; and BAXTER HEALTHCARE CORPORATION, a Delaware corporation,<br><br>Defendants and Counter-claimants. | Case No. C 03-01431 SBA (EDL)<br><br>**[PROPOSED] ORDER ENTERING FINAL JUDGMENT ON SPECIAL VERDICT**<br><br><br>**Court: Hon. Saundra Brown Armstrong** |

**FINAL JUDGMENT IN A CIVIL CASE**

This case was tried to a jury from June 19, 2006 through June 30, 2006. The jury unanimously reached a Special Verdict on June 30, 2006. In accordance with that Special Verdict, it is hereby ordered and adjudged that:

1. Claims 26, 27, 28, 29, 30, and 31 of U.S. Patent No. 5,247,434 are invalid as obvious over the prior art.
2. Claims 1, 2, 3, 13, 14, 15, and 16 of U.S. Patent No. 6,284,131 are invalid as obvious over the prior art.
3. Claims 5 and 7 of U.S. Patent No. 5,326,476 are invalid as obvious over the prior art.
4. Claims 7, 11, 14, 15, and 16 of U.S. Patent No. 5,744,027 are invalid as obvious over the prior art.
5. Claims 7, 14, 15, and 16 of U.S. Patent No. 5,744,027 are invalid as anticipated by the prior art.
6. Fresenius' 2008K hemodialysis machine does not literally infringe claims 5 and 7 of the '476 patent.

IT IS SO ORDERED.

DATED:_____    _____
                                  HON. SAUNDRA BROWN ARMSTRONG
                                  UNITED STATES DISTRICT JUDGE