Juanita R. Brooks, SBN 75934, brooks@fr.com
Todd G. Miller, SBN 163200, miller@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Mathias W. Samuel, pro hac vice, samuel@fr.com
Michael E. Florey, pro hac vice, florey@fr.com
Thomas S. McClenahan, SBN 203204, mcclenahan@fr.com
Michael J. Pape, pro hac vice, pape@fr.com
Fish & Richardson P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

Limin Zheng, SBN 226875, zheng@fr.com
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94053
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiffs and Counterdefendants
Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation; and FRESENIUS USA, INC., a Massachusetts corporation,<br><br>           Plaintiffs and Counter-defendants,<br><br>     v.<br><br>BAXTER INTERNATIONAL, INC., a Delaware corporation; and BAXTER HEALTHCARE CORPORATION, a Delaware corporation,<br><br>           Defendants and Counter-claimants. | Case No. C 03-01431 SBA (EDL)<br><br>**ORDER ENTERING FINAL JUDGMENT ON SPECIAL VERDICT**<br><br>**Court:  Hon. Saundra Brown Armstrong** |

**FINAL JUDGMENT IN A CIVIL CASE**

This case was tried to a jury from June 19, 2006 through June 30, 2006. The jury unanimously reached a Special Verdict on June 30, 2006. In accordance with that Special Verdict, it is hereby ordered and adjudged that:

1. Claims 26, 27, 28, 29, 30, and 31 of U.S. Patent No. 5,247,434 are invalid as obvious over the prior art.
2. Claims 1, 2, 3, 13, 14, 15, and 16 of U.S. Patent No. 6,284,131 are invalid as obvious over the prior art.
3. Claims 5 and 7 of U.S. Patent No. 5,326,476 are invalid as obvious over the prior art.
4. Claims 7, 11, 14, 15, and 16 of U.S. Patent No. 5,744,027 are invalid as obvious over the prior art.
5. Claims 7, 14, 15, and 16 of U.S. Patent No. 5,744,027 are invalid as anticipated by the prior art.
6. Fresenius' 2008K hemodialysis machine does not literally infringe claims 5 and 7 of the '476 patent.

IT IS SO ORDERED.

DATED: 7/17/06

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE