Juanita R. Brooks, SBN 75934, brooks@fr.com
Todd G. Miller, SBN 163200, miller@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*Additional counsel listed on following page*

Attorneys for Plaintiffs/Counterclaim Defendants
Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc

Michael J. Abernathy (*admitted pro hac vice*) mabernathy@bellboyd.com
Alan L. Barry (*admitted pro hac vice*) abarry@bellboyd.com
Thomas L. Gemmell (*admitted pro hac vice*) tgemmell@bellboyd.com
Sanjay K. Murthy (*admitted pro hac vice*) smurthy@bellboyd.com
Bell, Boyd & Lloyd LLC
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone:    (312) 372-1121
Facsimile:    (312) 827-8000

*Additional counsel listed on following page*

Attorneys for Defendants and Counterclaimants
Baxter International Inc. and Baxter Healthcare Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation; and FRESENIUS USA, INC., a Massachusetts corporation,<br><br>        Plaintiffs and Counter-Defendants,<br><br>        v.<br><br>BAXTER INTERNATIONAL, INC., a Delaware corporation; and BAXTER HEALTHCARE CORPORATION, a Delaware corporation,<br><br>        Defendants and Counter-Plaintiffs. | Case No. C 03-01431 SBA (EDL)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS**<br><br>Hearing Date:    September 19, 2006<br>Hearing Time:    1:00 PM<br>Judge:    Hon. Saundra Brown Armstrong<br>Courtroom:    Courtroom 3, Third Floor |

*Additional Counsel Continued from previous page:*

Mathias W. Samuel, *pro hac vice*, samuel@fr.com
Thomas S. McClenahan, SBN 203204, mcclenahan@fr.com
Fish & Richardson P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Robert A. Van Nest, SBN 84065, rav@kvn.com
Stuart L. Gasner, SBN 164675, slg@kvn.com
David J. Silbert, SBN 173128, djs@kvn.com
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188

Limin Zheng, SBN 226875, zheng@fr.com
S. Kameron Parvin, SBN 232349, parvin@fr.com
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94053
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiffs/Counterclaim Defendants
Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc.

Daniel J. Furniss, SBN 73531, djfurniss@townsend.com
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Patrick J. Kelleher (*admitted pro hac vice*)  pkelleher@gcd.com
GARDNER CARTON & DOUGLAS LLP
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 569-1000
Facsimile: (312) 569-3000

Joseph P. Reagen (*admitted pro hac vice*)  joseph_reagen@baxter.com
BAXTER HEALTHCARE CORPORATION
One Baxter Parkway
Deerfield, Illinois  60015

Attorneys for Defendants and Counterclaimants
Baxter International Inc. and Baxter Healthcare Corporation

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS
Case No. C 03-1431 SBA (EDL)

Whereas Plaintiffs FRESENIUS MEDICAL CARE HOLDINGS, INC. and FRESENIUS USA, INC. (collectively "Fresenius") and Defendants BAXTER INTERNATIONAL, INC., and BAXTER HEALTHCARE CORPORATION (collectively "Baxter") (Fresenius and Baxter shall be collectively referred to as the "Parties") hereby STIPULATE as follows:

The Parties have met and conferred on a briefing schedule for all outstanding motions, including the submissions of proposed findings of fact and conclusions of law on the issue of inequitable conduct, as ordered by the Court in its July 10, 2006 Order [Docket No. 836]. The Parties agree as follows:

| Event | Proposed Date |
| --- | --- |
| Entry of Judgment | July 14, 2006 |
| Proposed Findings of Fact and Conclusions of Law Regarding Inequitable Conduct | July 21, 2006 |
| Renewed JMOL Motions and Motions for a New Trial & Supporting Memorandum | July 28, 2006 |
| Oppositions to Proposed Findings of Fact and Conclusions of Law Regarding Inequitable Conduct | July 28, 2006 |
| Oppositions to Renewed JMOL Motions and Motions for a New Trial | August 16, 2006 |
| Reply Memorandum in Support of Renewed JMOL Motions and Motions for a New Trial | August 23, 2006 |
| Hearing Date | September 19, 2006 |

**SO STIPULATED:**

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS
Case No. C 03-1431 SBA (EDL)

1

Dated: July 12, 2006

BELL, BOYD & LLOYD LLC

By: s/ Sanjay K. Murthy
Sanjay K. Murthy

Attorneys for Defendants/Counterclaimants
BAXTER INTERNATIONAL, INC. AND
BAXTER HEALTHCARE CORPORATION

Dated: July 12, 2006

FISH & RICHARDSON P.C.

By: s/ Michael J. Pape
Michael J. Pape

Attorneys for Plaintiffs/Counterdefendants
FRESENIUS MEDICAL CARE HOLDINGS,
INC. AND FRESENIUS USA, INC.

**SO ORDERED:**

Dated: 7/17/06

Hon. Saundra B. Armstrong
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS       2
Case No. C 03-1431 SBA (EDL)

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Michael J. Pape.

Dated: July 10, 2006                                BELL, BOYD & LLOYD LLC


                                                    By:  s/Sanjay K. Murthy
                                                         Sanjay K. Murthy

                                                    Attorneys for Defendants
                                                    BAXTER INTERNATIONAL INC., and
                                                    BAXTER HEALTHCARE CORPORATION