**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC., ET AL.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BAXTER INTERNATIONAL, INC., ET AL.,<br><br>　　　　Defendants.<br>_____/ | No. C 03-1431 SBA<br><br>**ORDER**<br><br>[Docket No. 872] |

　　　IT IS HEREBY ORDERED THAT the parties' Joint Stipulation and Proposed Order Regarding Hearing on Pending Motions is DENIED.

　　　The Court will schedule a hearing on Baxter's Motion for a New Trial Pursuant to Rule 59 and Baxter's Rule 50(b) Renewed Motion for Judgment as a Matter of Law if one is required.

　　　IT IS SO ORDERED.

Dated: 9/20/06

　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge