**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

FRESENIUS MEDICAL CARE HOLDINGS, INC., *et al.*,

    Plaintiffs,

v.

BAXTER INTERNATIONAL, INC., *et al.*,

    Defendants.

No. C 03-1431 SBA

**ORDER**

Based on the Court's granting of Baxter International, Inc. and Baxter Healthcare Corporation's (Baxter) Rule 50(b) Renewed Motion for Judgment as a Matter of Law [Docket No. 847], and Baxter's Motion for a New Trial Pursuant to Rule 59 [Docket No. 845], the Clerk of Court is instructed to reopen this action.

The parties are advised that a case management conference is set for April 26, 2007, at 3:00 PM, via telephone. Counsel for the plaintiffs are to set up the conference call with all the parties on the line and call chambers at (510) 637-559.

Counsel shall meet and confer and file a Joint Case Management Conference Statement 10 days in advance of the case management conference.

IT IS SO ORDERED.

February 13, 2007

                                           Saundra B Armstrong
                                           Saundra Brown Armstrong
                                           United States District Judge