Juanita R. Brooks, SBN 75934, brooks@fr.com
Todd G. Miller, SBN 163200, miller@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*Additional counsel listed on following page*

Attorneys for Plaintiffs and Counterdefendants
Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc.

Michael J. Abernathy, *pro hac vice*, mabernathy@bellboyd.com
Kara E. Cenar, *pro hac vice*, kcenar@bellboyd.com
Sanjay K. Murthy, SBN 212097, smurthy@bellboyd.com
Adam L. Marchuk, *pro hac vice,* amarchuk@bellboyd.com
Bell, Boyd & Lloyd LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

*Additional counsel listed on following page*

Attorneys for Defendants and Counterclaimants
Baxter International Inc. and Baxter Healthcare Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation; and FRESENIUS USA, INC., a Massachusetts corporation,<br><br>            Plaintiffs and Counterdefendants,<br><br>      v.<br><br>BAXTER INTERNATIONAL, INC., a Delaware corporation; and BAXTER HEALTHCARE CORPORATION, a Delaware corporation,<br><br>            Defendants and Counterclaimants. | Case No. C 03-01431 SBA (EDL)<br><br>**JOINT STIPULATION AND ORDER DISMISSING UNITED STATES PATENT NO. 5,326,476** |

*Additional Counsel Continued from previous page:*

1  Mathias W. Samuel, pro hac vice, samuel@fr.com
2  Michael E. Florey, pro hac vice, florey@fr.com
   Thomas S. McClenahan, SBN 203204, mcclenahan@fr.com
3  Michael J. Pape, pro hac vice, pape@fr.com
   Fish & Richardson P.C.
4  60 South Sixth Street, Suite 3300
   Minneapolis, MN 55402
5  Telephone: (612) 335-5070
   Facsimile: (612) 288-9696

6  Limin Zheng, SBN 226875, zheng@fr.com
   Fish & Richardson P.C.
7  500 Arguello Street, Suite 500
   Redwood City, CA 94053
8  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071

10 Attorneys for Plaintiffs and Counterdefendants
   Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc.

12 Daniel J. Furniss, SBN 73531, djfurniss@townsend.com
   Townsend and Townsend and Crew LLP
13 379 Lytton Avenue
   Palo Alto, CA 94301
14 Telephone: (650) 326-2400
   Facsimile: (650) 326-2422

15 Joseph P. Reagen (admitted pro hac vice)  joseph_reagen@baxter.com
16 BAXTER HEALTHCARE CORPORATION
   One Baxter Parkway
17 Deerfield, Illinois  60015

18 Attorneys for Defendants and Counterclaimants
   Baxter International Inc. and Baxter Healthcare Corporation

1      Plaintiffs and Counter-defendants FRESENIUS MEDICAL CARE HOLDINGS, INC. and FRESENIUS USA, INC. (collectively "Fresenius") and Defendants and Counter-Plaintiffs BAXTER INTERNATIONAL, INC. and BAXTER HEALTHCARE CORPORATION (collectively "Baxter"), by and through their respective counsel, hereby stipulate as follows:

      1.     Baxter is no longer asserting that the only accused product in this case, Fresenius' 2008K kidney dialysis machine, infringes any claim of U.S. Patent No. 5,326,476.

      2.     Baxter therefore agrees to dismiss all its claims and counterclaims concerning infringement of U.S. Patent No. 5,326,476.

      3.     Because Baxter is no longer claiming that the only accused product in this case, Fresenius' 2008K kidney dialysis machine, infringes any claim of U.S. Patent No. 5,326,476, Fresenius therefore agrees to dismiss all its claims, counterclaims, and defenses concerning U.S. Patent No. 5,326,476.

      4.     Accordingly, all claims, counterclaims, and defenses of the parties concerning Baxter's U.S. Patent No. 5,326,476 are hereby dismissed with prejudice.

| | | |
|---|---|---|
| 1 | Dated: October 15, 2007 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: /s/Juanita Brooks |
| 4 | | Attorneys for Plaintiffs and Counterdefendants FRESENIUS MEDICAL CARE HOLDINGS, INC. and FRESENIUS USA, INC. |
| 7 | Dated: October 15, 2007 | BELL, BOYD & LLOYD LLP |
| 9 | | By: /s/Michael Abernathy |
| 10 | | Attorneys for Defendants and Counterclaimants BAXTER INTERNATIONAL INC. and BAXTER HEALTHCARE CORPORATION |
| 12 | **IT IS SO ORDERED.** | |
| 14 | Dated: 10/16/07 | By: /s/ Saundra B. Armstrong  HON. SAUNDRA B. ARMSTRONG  United States District Court Judge |

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Michael Abernathy.

Dated: October 15, 2007            FISH & RICHARDSON P.C.

By: /s/Juanita Brooks

Attorneys for Plaintiffs and Counterdefendants

FRESENIUS MEDICAL CARE HOLDINGS, INC. and FRESENIUS USA, INC.