FILED

OCT 18 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Juanita R. Brooks, SBN 75934, brooks@fr.com
Todd G. Miller, SBN 163200, miller@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*Additional counsel listed on following page*

Attorneys for Plaintiffs and Counterdefendants
Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc.

Michael J. Abernathy, pro hac vice, mabernathy@bellboyd.com
Lisa A. Carroll, pro hac vice, lcarroll@bellboyd.com
Bell, Boyd & Lloyd LLC
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

*Additional counsel listed on following page*

Attorneys for Defendants and Counterclaimants
Baxter International Inc. and Baxter Healthcare Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation; and FRESENIUS USA, INC., a Massachusetts corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>BAXTER INTERNATIONAL, INC., a Delaware corporation; and BAXTER HEALTHCARE CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaimants. | Case No. C 03-01431 SBA (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EQUIPMENT FOR TRIAL**<br><br>Date:  October 24, 2007<br>Time:  8:30 a.m.<br>Judge:  Hon. Saundra Brown Armstrong |

1  *Additional Counsel Continued from previous page:*

2  Mathias W. Samuel, pro hac vice, samuel@fr.com
   Michael E. Florey, pro hac vice, florey@fr.com
3  Thomas S. McClenahan, SBN 203204, mcclenahan@fr.com
   Michael J. Pape, pro hac vice, pape@fr.com
4  Fish & Richardson P.C.
   60 South Sixth Street, Suite 3300
5  Minneapolis, MN 55402
   Telephone: (612) 335-5070
6  Facsimile: (612) 288-9696

7  Robert A. Van Nest, SBN 84065, rav@kvn.com
   Stuart L. Gasner, SBN 164675, slg@kvn.com
8  David J. Silbert, SBN 173128, djs@kvn.com
   Keker & Van Nest, LLP
9  710 Sansome Street
   San Francisco, CA 94111-1704
10 Telephone: (415) 391-5400
   Facsimile:  (415) 397-7188
11
   Limin Zheng, SBN 226875, zheng@fr.com
12 Fish & Richardson P.C.
   500 Arguello Street, Suite 500
13 Redwood City, CA 94053
   Telephone: (650) 839-5070
14 Facsimile: (650) 839-5071

15 Attorneys for Plaintiffs and Counterdefendants
   Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc.
16
   Daniel J. Furniss, SBN 73531, djfurniss@townsend.com
17 Townsend and Townsend and Crew LLP
   379 Lytton Avenue
18 Palo Alto, CA 94301
   Telephone: (650) 326-2400
19 Facsimile: (650) 326-2422

20 Attorneys for Defendants and Counterclaimants
   Baxter International Inc. and Baxter Healthcare Corporation
21

22

23

24

25

26

27

28

# STIPULATION

Plaintiffs and Counterdefendants, FRESENIUS MEDICAL CARE HOLDINGS, INC., and FRESENIUS USA, INC. (collectively "Fresenius") and Defendants and Counterclaimants BAXTER INTERNATIONAL, INC. and BAXTER HEALTHCARE CORPORATION (collectively "Baxter") hereby STIPULATE as follows:

In connection with the trial scheduled for October 24, 2007, counsel of record for Fresenius, the firm of Fish & Richardson, as well as support staff and vendors assisting such counsel, and counsel of record for Baxter, the firms of Bell, Boyd & Lloyd, Townsend and Townsend and Crew, and Gardner, Carton & Douglas, as well as support staff and vendors assisting such counsel, may bring into the Federal Courthouse in Oakland, California, located at 1301 Clay Street, #400 South, Oakland, California, and set up in the courtroom of the Honorable Saundra B. Armstrong, certain equipment and materials for purposes of facilitating demonstrative exhibits which may be used during the trial.

The equipment and materials may include easels, exhibit boards, book carts, a projector, screen, switch box and cables, laptop computers, four 15" flat panel displays, digital ELMO visual presenter, audio speaker, and the stands and tables necessary to support such equipment.

Additionally the parties may attempt to introduce various hemodialysis machines and associated equipment at trial. The presence of the machines and associated equipment in the courtroom is not an admission that the equipment is admissible at trial. Accordingly, the parties reserve all rights to object to the admission, identification, and/or demonstration of all equipment.

Further, the parties request that they be allowed access to the Courtroom on Friday, October 19th, at 9:00 a.m. for the purposes of setting up and testing this equipment prior to the commencement of trial.

| | | |
|---|---|---|
| 1 | Dated: October 17, 2007 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: /s/ Michael E. Florey<br>Michael E. Florey |
| 4 | | Attorneys for Plaintiffs and Counterdefendants<br>FRESENIUS MEDICAL CARE HOLDINGS, |
| 5 | | INC. and FRESENIUS USA, INC. |
| 7 | Dated: October 17, 2007 | BELL, BOYD & LLOYD LLC |
| 8 | | By: /s/ Michael J. Abernathy<br>Michael J. Abernathy |
| 10 | | Attorneys for Defendants and Counterclaimants<br>BAXTER INTERNATIONAL, INC. and |
| 11 | | BAXTER HEALTHCARE CORPORATION |

60454949.doc

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under
2  penalty of perjury that concurrence in the filing of this document has been obtained from
3  Michael J. Abernathy.

4  Dated: October 17, 2007                    FISH & RICHARDSON P.C.

                                              By: /s/ Michael E. Florey
                                                  Michael E. Florey

                                              Attorneys for Plaintiffs and Counterdefendants
                                              FRESENIUS MEDICAL CARE HOLDINGS,
                                              INC. and FRESENIUS USA, INC.

## ORDER

IT IS SO ORDERED. Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow, and to take such steps as reasonably necessary to facilitate the foregoing activity.

DATED: October 18, 2007

By: /s/ Saundra Armstrong
HON. SAUNDRA B. ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRESENIUS USA, INC. et al,

        Plaintiff,

v.

BAXTER INTERNATIONAL INC. et al,

        Defendant.

                                /

Case Number: CV03-01431 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adam L. Marchuk
Bell Boyd & Lloyd LLC
70 West Madison Street
Suite 3100
Chicago, IL 60602

Alan L. Barry
Bell Boyd & Lloyd, LLC
70 West Madison Street
Suite 3100
Chicago, IL 60602

Anne Marie Rogaski
Townsend, Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301

Brian J. Arnold
Bell Boyd & Lloyd, LLC
70 West Madison Street
Suite 3100
Chicago, IL 60602

Daniel J. Furniss
Townsend and Townsend and Crew LLP

379 Lytton Avenue
Palo Alto, CA 94301

David Jason Silbert
Keker & Van Nest, L.L.P.
710 Sansome Street
San Francisco, CA 94111-1704

Gregory Phillip Sitrick
Bell Boyd &Lloyd LLC
70 West Madison Street
Suite 3300
Chicago, IL 60602

James Matthew Wagstaffe
Kerr & Wagstaffe LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105

Jon Burgess Streeter
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

Joseph C. Reagen
Baxter Healthcare Corporation
One Baxter Parkway
DF3-3E
Deerfield, IL 60015

Juanita R. Brooks
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130-2081

Judy Monfay Shih
Keker & Van Nest
710 Sansome St.
San Francisco, CA 94111

Kara F. Cenar
Bell Boyd & Lloyd LLC
70 West Madison Street
Suite 3100
Chicago, IL 60602

Keith K. Fong
Kerr & Wagstaffe LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105

Khari Jamil Tillery
Keker & Van Nest LLP
710 Sansome Street

San Francisco, CA 94111-1704

Lee Jay Y. Kuo
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111-1704

Limin Zheng
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Mathias W. Samuel
Fish & Richardson P.C., P.A.
60 South Sixth Street
Suite 3300
Minneapolis, MN 55402

Michael E. Florey
Fish & Richardson P.C.
60 South Sixth Street
Suite 3300
Minneapolis, MN 55402

Michael Edward Martinez
Bell Boyd & Lloyd LLC
70 West Madison Street
Suite 3300
Chicago, IL 60602

Michael J. Abernathy
Bell, Boyd & Lloyd LLC
70 West Madison Street
Suite 3300
Chicago, IL 60602

Michael J. Pape
Fish & Richardson P.C.
60 South Sixth Street
Suite 3300
Minneapolis, MN 55402

Patrick Kelleher
Drinker Biddle Gardner Carton
191 N. Wacker Drive
#3700
Chicago, IL 60606

Roger S. Borovoy
Fish & Richardson, PC
500 Arguello Street, Suite 500
Redwood City, CA 94063

Sanjay K. Murthy M

Bell Boyd & Lloyd LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602

Shaham Kameron Parvin
Fish & Richardson P.C.
500 Arguello Street
Suite 500
Redwood City, CA 94063

Stuart L. Gasner
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111-1704

Thomas McClenahan
Fish & Richardson P.C.
60 South Sixth Street
Suite 3300
Minneapolis, MN 55402

Thomas Lawson Gemmell
70 West Madison Street, Suite 3300
Chicago, IL 60602

Thomas M. Melsheimer
Fish & Richardson P.C.
1717 Main Street
Suite 5000
Dallas, TX 75201

Todd Glen Miller
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130

Dated: October 18, 2007

                 Richard W. Wieking, Clerk
                 By: Jessie Mosley, Deputy Clerk