FILED

OCT 29 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation; and FRESENIUS USA, INC., a Massachusetts corporation,<br><br>  Plaintiffs and Counterdefendants,<br><br>  v.<br><br>BAXTER INTERNATIONAL, INC., a Delaware corporation; and BAXTER HEALTHCARE CORPORATION, a Delaware corporation,<br><br>  Defendants and Counterclaimants. | Case No. C 03-01431 SBA (EDL)<br><br>**SPECIAL VERDICT FORM** |

We, the jury in the above-entitled action, unanimously find the following special verdict on the questions submitted to us:

## DAMAGES

1. What amount of damages is Baxter entitled to for Fresenius' sale of the 2008K machine:

   $ 14,175,000

2. Do you find that Baxter is entitled to damages on Fresenius' sale of disposable products:   Yes ✓   No ____

   (If the answer is "Yes," indicate below the amount of those damages.)

   $ 91,000

Dated: 10-29-07

_____
Jury Foreperson

1

Case No. C 03-01431 SBA (EDL)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation; and FRESENIUS USA, INC., a Massachusetts corporation,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>BAXTER INTERNATIONAL, INC., a Delaware corporation; and BAXTER HEALTHCARE CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaimants. | Case No. C 03-01431 SBA (EDL)<br><br>**SPECIAL VERDICT FORM** |

We, the jury in the above-entitled action, unanimously find the following special verdict on the questions submitted to us:

### DAMAGES

1. What amount of damages is Baxter entitled to for Fresenius' sale of the 2008K machine:

    $ _14,175,000_

2. Do you find that Baxter is entitled to damages on Fresenius' sale of disposable products:   Yes _✓_   No _____

    (If the answer is "Yes," indicate below the amount of those damages.)

    $ _91,000_

Dated: _10-29-07_

_/s/ Norma [signature]_
Jury Foreperson

1

Case No. C 03-01431 SBA (EDL)