IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC., et al., | No. C 03-01431 SBA |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | |
| BAXTER INTERNATIONAL, INC., et al., | |
| Defendants. / | |

The above-captioned case was tried to a jury from October 24, 2007 through October 29, 2007. The jury unanimously reached a Special Verdict on October 29, 2007. In accordance with that Special Verdict, it is hereby ordered and adjudged that:

1. Baxter is awarded damages for Fresenius' sale of the 2008K machine in the amount of $14,175,000.

2. Baxter is awarded damages on Fresenius' sale of disposable products in the amount of $91,000.

The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: 11/6/07

SAUNDRA BROWN ARMSTRONG
United States District Judge