| | |
|---|---|
| 1 | ROBERT A. VAN NEST - #84065, rvannest@kvn.com |
| | JON B. STREETER - #101970, jstreeter@kvn.com |
| 2 | STUART L. GASNER - #164675, sgasner@kvn.com |
| | DAVID J. SILBERT - #173128, dsilbert@kvn.com |
| 3 | KHARI J. TILLERY - #215669, ktillery@kvn.com |
| | MATTHIAS A. KAMBER - #232147, mkamber@kvn.com |
| 4 | KEKER & VAN NEST, LLP |
| | 710 Sansome Street |
| 5 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 6 | Facsimile: (415) 397-7188 |

FILED
SEP 21 2009
RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7  Attorneys for Plaintiffs and Counterdefendants
   FRESENIUS MEDICAL CARE HOLDINGS, INC.,
8  and FRESENIUS USA, INC.

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

| | | |
|---|---|---|
| 12 | FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation; and | Case No. C 03-01431 SBA (EDL) |
| 13 | FRESENIUS USA, INC., a Massachusetts corporation, | **NOTICE OF WITHDRAWAL OF COUNSEL BY CONSENT OF CLIENTS** |
| 14 | | |
| 15 | Plaintiffs and Counterdefendants, | |
| 16 | v. | |
| 17 | BAXTER INTERNATIONAL, INC., a Delaware corporation; and BAXTER | |
| 18 | HEALTHCARE CORPORATION, a Delaware corporation, | |
| 19 | | |
| 20 | Defendants and Counterclaimants. | |

21
22
23
24
25
26
27
28

403379.01

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. C 03-01431 SBA (EDL)

1  Based on the mutual and unconditional consent of the undersigned parties, Keker & Van
2  Nest, LLP hereby withdraws its representation of plaintiffs and counterdefendants Fresenius
3  Medical Care Holding, Inc. and Fresenius USA, Inc. in the above-referenced litigation. Fish &
4  Richardson, P.C. will continue to represent Fresenius Medical Care Holdings, Inc. and Fresenius
5  USA, Inc. in the above-referenced litigation.

Respectfully submitted,

Dated: September 25, 2007.                KEKER & VAN NEST, LLP

By: _____/s/_____
KHARI J. TILLERY
Attorneys for Plaintiffs and
Counterdefendants
FRESENIUS MEDICAL CARE
HOLDINGS, INC., and FRESENIUS
USA, INC.

Dated: September 25, 2007.                FRESENIUS MEDICAL CARE
                                          HOLDINGS, INC.

By: Jules Jay Morris _____
Its: VP & Chief Intellectual Property Counsel

Dated: September 25, 2007.                FRESENIUS USA, INC.

By: Jules Jay Morris _____
Its: : VP & Chief Intellectual Property Counsel

---

1
NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. C 03-01431 SBA (EDL)

403379.01

1  Dated: __10/9/07__                                    FISH & RICHARDSON, P.C.

2

3
                                                         By: _/s/ Mathias W. Samuel_
4                                                        MATHIAS W. SAMUEL
                                                         Attorneys for Plaintiffs and
5                                                        Counterdefendants
                                                         FRESENIUS MEDICAL CARE
6                                                        HOLDINGS, INC., and FRESENIUS
                                                         USA, INC.
7

8

9      **IT IS SO ORDERED.**

10     Dated: __9-21_____, 20__09__   By: _/s/ Sandra Brown Armstrong_
11                                                       Honorable Sandra Brown Armstrong
                                                         United States District Judge
12

13

(lines 14–28 blank)

403379.01

2
NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. C 03-01431 SBA (EDL)