1  JAMES M. WAGSTAFFE (95535)
   **KERR & WAGSTAFFE LLP**
2  100 Spear Street, Suite 1800
   San Francisco, CA 94105-1528
3  Telephone: (415) 371-8500
   Fax: (415) 371-0500
4

5  Attorneys for Plaintiffs
   FRESENIUS MEDICAL CARE HOLDINGS,
6  INC., a New York corporation; and FRESENIUS
   USA, INC., a Massachusetts corporation
7

8  <center>UNITED STATES DISTRICT COURT</center>

9  <center>NORTHERN DISTRICT OF CALIFORNIA</center>

10

11 | FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation; and FRESENIUS USA, INC., a Massachusetts corporation, | Case No. C 03-01431 PJH |
12 | | **[~~PROPOSED~~] ORDER RE REQUEST FOR WITHDRAWAL OF ATTORNEYS** |
13 | Plaintiffs, | |
14 | v. | |
15 | BAXTER INTERNATIONAL, INC., a Delaware corporation; and BAXTER HEALTHCARE CORPORATION, a Delaware corporation, | |
16 | Defendants. | |

---

1   Pursuant to Local Rule 11-5, the request of Kerr & Wagstaffe LLP to be withdrawn as
2   attorneys of record for Plaintiffs is granted.
3   To the Clerk of this Court, pursuant to Kerr & Wagstaffe LLP's Request for Withdrawal
4   of Attorneys, the following attorneys and former attorneys shall be removed from the ECF
5   service list:
6   James M. Wagstaffe (95535)
7   Keith K. Fong (148067)
8   **IT IS SO ORDERED.**
9
10  Dated: July __11__, 2011





– 1 –

Case No. C 03-01431 PJH                                         [PROPOSED] ORDER