UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC. and FRESENIUS USA, INC.,<br><br>    Plaintiffs and Counter-Defendants,<br><br>    v.<br><br>BAXTER INTERNATIONAL, INC. and BAXTER HEALTHCARE CORPORATION,<br><br>    Defendants and Counterclaimants. | Case No. C 03-01431 PJH<br><br>**[PROPOSED] ORDER GRANTING THE TEMPORARY RELEASE OF TRIAL EXHIBIT 1212E INTO FRESENIUS' CUSTODY** |

1  IT IS HEREBY ORDERED that admitted trial exhibit 1212E (touchscreen interface board)
2  shall, on or before December 2, be temporarily released by the Clerk of the Court into the custody
3  of Plaintiffs Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc. (collectively
4  "Fresenius") through their counsel of record, Fish & Richardson P.C., and returned to the Clerk by
5  Fresenius immediately after the December 2 evidentiary hearing.

7  IT IS SO ORDERED.

9  DATED:  11/29/11



1  [[PROPOSED] ORDER GRANTING THE TEMPORARY RELEASE OF
TRIAL EXHIBIT 1212E INTO FRESENIUS' CUSTODY
Case No. C 03-01431 PJH