| | |
|---|---|
| Juanita R. Brooks, SBN 75934, brooks@fr.com<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Michael J. Florey, *pro hac vice*, florey @fr.com<br>Fish & Richardson P.C.<br>60 South Sixth Street, Suite 3300<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile: (612) 288-9696<br><br>Attorneys for Plaintiffs/Counterclaim Defendants<br>FRESENIUS MEDICAL CARE HOLDINGS, INC. AND FRESENIUS USA, INC. | Michael J. Abernathy (*admitted pro hac vice*)<br>mike.abernathy@klgates.com<br>Sanjay K. Murthy (SBN 212097)<br>sanjay.murthy@klgates.com<br>K&L GATES LLP<br>70 West Madison Street, Suite 3300<br>Chicago, Illinois 60602<br>Telephone: (312) 372-1121<br>Facsimile: (312) 827-8000<br><br>Attorneys for Defendants/Counter-Plaintiffs<br>BAXTER INTERNATIONAL INC.<br>and BAXTER HEALTHCARE CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC. and FRESENIUS USA, INC.,<br><br>    Plaintiffs and Counter-Defendants,<br><br>v.<br><br>BAXTER INTERNATIONAL, INC. and BAXTER HEALTHCARE CORPORATION,<br><br>    Defendants and Counterclaimants. | Case No. C 03-01431 PJH<br><br>**STIPULATION & [~~PROPOSED~~] ORDER RE DATE FOR SUBMISSION OF FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

On December 2, 2011, the Court conducted an evidentiary hearing relating to Baxter's Renewed Motion for Decision on Limited Remand Issues (D1100). Pursuant to the Court's direction at the hearing, the parties hereby stipulate and respectfully propose that the date for submission of their respective Findings of Fact and Conclusions of Law be set for January 26, 2012.

Respectfully submitted,

Dated:  December 12, 2011

By:   /s/ Michael E. Florey
      Michael E. Florey

Attorneys for Plaintiffs/Counterclaim Defendants
FRESENIUS MEDICAL CARE HOLDINGS, INC. AND FRESENIUS USA, INC.

Dated:  December 12, 2011

By:   /s/ Sanjay K. Murthy
      Sanjay K. Murthy

Attorneys for Defendants/Counter-Plaintiffs
BAXTER INTERNATIONAL INC. and BAXTER HEALTHCARE CORPORATION

IT IS SO ORDERED.

DATED: 12/13/11

HON. PHYLLIS J. HAMILTON
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

1

STIPULATION & [PROPOSED] ORDER RE DATE FOR SUBMISSION OF FINDINGS OF FACT AND CONCLUSIONS OF LAW
Case No. C 03-01431 PJH

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Mr. Sanjay K. Murthy, counsel for Defendants.

Dated:  December 12, 2011    FISH & RICHARDSON P.C.


By:  /s/ *Michael E. Florey*
     Michael E. Florey

Attorneys for Plaintiffs/Counterclaim Defendants
FRESENIUS MEDICAL CARE HOLDINGS, INC. AND FRESENIUS USA, INC.