UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC. and FRESENIUS USA, INC., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> BAXTER INTERNATIONAL, INC. and BAXTER HEALTHCARE CORPORATION, <br><br> Defendants and Counterclaimants. | Case No. C 03-01431 PJH <br><br> **[PROPOSED] ORDER GRANTING FRESENIUS' REQUEST FOR LEAVE TO FILE CORRECTED DOCUMENT** |

Plaintiffs/Counter-Defendants Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc. seek leave of the Court to file a corrected version of Fresenius' Proposed Findings of Fact and Conclusions of Law Regarding Post-Verdict Transition Period Royalties.

Good cause having been shown, the Court GRANTS Fresenius' request.

IT IS SO ORDERED.

DATED:  1/27/12

_____
HON. PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED. /s/ Judge Phyllis J. Hamilton*

1   [PROPOSED] ORDER GRANTING FRESENIUS' REQUEST FOR LEAVE TO FILE CORRECTED DOCUMENT
     Case No. C 03-01431 PJH