# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation; and FRESENIUS USA, INC., a Massachusetts corporation,<br><br>          Plaintiffs and Counter-Defendants,<br><br>v.<br><br>BAXTER INTERNATIONAL, INC., a Delaware corporation; and BAXTER HEALTHCARE CORPORATION, a Delaware corporation,<br><br>          Defendants and Counterclaimants. | Case No. C 03-01431 PJH<br><br>[~~PROPOSED~~] FINAL JUDGMENT |

This case is before the Court on remand from the United States Court of Appeals for the Federal Circuit following its decision in *Fresenius USA, Inc. v. Baxter International, Inc.* 532 F.3d 1288 (Fed. Cir. 2009). On remand, Plaintiffs Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc. ("Fresenius"), and defendants Baxter International, Inc. and Baxter Healthcare Corporation ("Baxter"), filed certain motions. Fresenius filed a motion to stay the remand proceedings (Docket No. 1044), as well as a motion for a new damages trial (Docket No. 1042). Baxter filed a motion for immediate enforcement (Docket No. 1113), as well as a motion for decision on limited remand issues (Docket Nos. 1048, 1100). The Court denied Fresenius' motion to stay and also denied Fresenius' motion for a new damages trial (*See* Docket No. 1095). The Court denied Baxter's motion for immediate enforcement as premature. (Docket No. 1117). The Court granted-in-part Baxter's motion

for decision on limited remand issues (Docket No. 1134). The Court having now ruled on all motions filed by the parties on remand, IT IS HERBY ORDERED that:

1. Fresenius is liable to Baxter in the amount of $14,266,000.00 as set forth in the jury's verdict (Docket No. 962) and the Final Judgment on the jury's verdict (Docket No. 965), plus pre-judgment interest calculated in accordance with the Court's prior Order (Docket 1018), costs as set forth in Docket No. 1026, post-judgment interest accumulated since November 7, 2007; and any costs that may be pursued in a supplemental bill of costs submitted by Baxter in accordance with Civil L.R. 54-1;

2. Fresenius is liable to Baxter in the amount of $9,305,254.98 for post-verdict royalties on 2008K hemodialysis machines sold during the Transition Period, plus future post-judgment interest. Fresenius is also liable to Baxter for .007% of the sales price of 2008K disposables sold between November 7, 2007 and April 13, 2011, plus future post-judgment interest; and

3. Prior to remand, the Court ordered Fresenius to pay into an escrow monies to secure Fresenius' payments of post-verdict royalties. Following the Court's Order on remand relating to post-verdict royalties (Docket No. 1134), the escrow is currently over-funded. Accordingly, Fresenius shall leave $10 million in the escrow as security for post-verdict royalties. The parties shall execute whatever documentation is required to secure the return to Fresenius of any amounts in the escrow in excess of $10 million.

IT IS SO ORDERED.

DATED: March 16, 2012

HON. P_____ HAMILTON
U.S. District _____ Judge